1  DLA PIPER US LLP
   EUGENE M. PAK (State Bar No. 168699)
2  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
3  eugene.pak@dlapiper.com
   Phone: 415.836.2500
4  Fax: 415.836.2501

5  DLA PIPER US LLP
   ANN K. FORD *(to be admitted pro hac vice)*
6  THOMAS E. ZUTIC *(to be admitted pro hac vice)*
   RYAN C. COMPTON *(to be admitted pro hac vice)*
7  1200 Nineteenth Street, NW
   Washington, DC 20036-2412
8  Phone: 202.861.3900
   Fax: 202.223.2085
9
   Attorneys for Plaintiff
10 PRIME RETAIL, L.P.

11

**ORIGINAL FILED**

07 AUG 22  PM 2: 56

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

12            **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14

| | |
|---|---|
| PRIME RETAIL, L.P.<br>a Delaware Limited Partnership, | CASE NO. **C07  04342  MJJ** |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **(1)  TRADEMARK INFRINGEMENT<br>(15 U.S.C. § 1114);** |
| PRIME RETAIL, INC.,<br>a California corporation, | **(2)  UNFAIR COMPETITION; FALSE<br>DESIGNATION OF ORIGIN<br>(15 U.S.C. § 1125(a));** |
| Defendant. | **(3)  STATE STATUTORY UNFAIR<br>COMPETITION<br>(Cal. Bus. & Prof. Code § 17220);** |
| | **(4)  STATE COMMON LAW TRADEMARK<br>INFRINGEMENT AND UNFAIR<br>COMPETITION;** |
| | **(5)  STATE COMMON LAW AND<br>STATUTORY DILUTION<br>(Cal. Bus. & Prof. Code § 14330);** |
| | **(6)  ACCOUNTING** |
| | **DEMAND FOR JURY TRIAL** |

DLA PIPER US LLP
SAN FRANCISCO

-1-

SANF1\377155.1

COMPLAINT

1    This is an action by Prime Retail, L.P. to recover damages arising from infringement of

2    Prime Retail L.P.'s federally registered trademark "PRIME RETAIL" by Prime Retail, Inc.

3    ("Defendant") and to enjoin Defendant's future infringement of the PRIME RETAIL trademark.

4    In support of its claims, Prime Retail L.P. alleges as follows:

5    <u>**THE PARTIES**</u>

6    1.    Prime Retail, L.P., is a Delaware limited partnership with its principal place of

7    business at 217 East Redwood Street, 20th Floor, Baltimore, Maryland 21202.  Prime Retail,

8    through its affiliated companies (collectively, "Prime Retail"), develops, manages, and operates

9    retail properties, including, shopping centers and outlet centers, throughout the United States.

10    2.    Upon information and belief, Defendant is a California corporation with its

11    principal place of business at 1875 S. Bascom Avenue, Suite 2420, Campbell, California 95008.

12    Upon information and belief, Defendant provides commercial real estate services in connection

13    with the sale and lease of retail properties.

14    <u>**JURISDICTION AND VENUE**</u>

15    3.    This action arises under the Federal Trademark Act of 1946, known as the Lanham

16    Act (15 U.S.C. §§ 1051-1127), and is for trademark infringement and unfair competition, as well

17    as state common law and statutory trademark infringement, unfair competition, false designation

18    of origin, and dilution.

19    4.    This Court has subject matter jurisdiction over Prime Retail's claims pursuant to

20    15 U.S.C. § 1121, 28 U.S.C. §1331 and 1338(a).

21    5.    This Court has supplemental jurisdiction over Prime Retail's claims arising under

22    the laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to

23    Prime Retail's claims under federal law that they form part of the same case or controversy and

24    derive from a common nucleus of operative fact.

25    6.    This Court has personal jurisdiction over the Defendant by reason of its transaction

26    of business within the State of California and the Northern District.

27    7.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a)

28    because:  (a) the acts of infringement and other wrongful conduct alleged occurred in the

DLA PIPER US LLP
SAN FRANCISCO

SANF1\377155.1

COMPLAINT

1  Northern District of California and (b) Defendant may be found in the Northern District of

2  California.

### INTRADISTRICT ASSIGNMENT

8.    Pursuant to United States District Court, Northern District Civil Local Rules 3-5(b) and 3-2(e), assignment to the San Jose Division is proper because a substantial part of the infringement and other wrongful conduct alleged occurred in Santa Clara County.

### FACTS COMMON TO ALL CLAIMS

9.    Prime Retail is the owner of longstanding rights in the mark PRIME RETAIL for services including real estate management, real estate development, business management in the field of shopping centers and retail shopping outlets, and shopping center services (the "Prime Retail Services"). Since at least as early as March 22, 1994, Prime Retail has used its PRIME RETAIL mark extensively, expanding large sums in advertising and promoting its mark. Prime Retail has used its PRIME RETAIL mark in interstate commerce continuously and has not abandoned its rights in the PRIME RETAIL mark.

10.    Prime Retail has duly and properly registered its PRIME RETAIL service mark in the United States Patent and Trademark Office on the Principal Register. Prime Retail filed its Federal trademark application on June 17, 1999. The PRIME RETAIL mark was registered on March 20, 2001. This Federal Trademark Registration was deemed incontestable by the United States Patent and Trademark Office on April 26, 2007. A true and correct copy of this incontestable U.S. Registration No. 2,436,383 is attached hereto as Exhibit 1 and is hereby incorporated by reference (the "Registration").

11.    Prime Retail's incontestable Federal Trademark Registration confers exclusive use of the PRIME RETAIL mark throughout the United States in connection with the Prime Retail Services.

12.    Prime Retail operates over 30 popular shopping centers throughout the United States, including a center in Pismo Beach, California. Prime Retail is seeking the necessary approvals to open a retail shopping center to be located in Livermore Valley, California in 2009.

13.     Prime Retail's shopping centers comprise over 12.5 million square feet of retail space. Prime Retail is a leader in its industry. As such, its PRIME RETAIL mark is extremely valuable.

14.     Since its initial use of its valuable PRIME RETAIL mark, Prime Retail has used, and has advertised, promoted, and offered its services under the PRIME RETAIL service mark in interstate commerce, through various channels of trade. Prime Retail's customers and the public in general have come to know and recognize the PRIME RETAIL mark and associate the mark with Prime Retail. Prime Retail has thus built up extensive goodwill in connection with the offering of its services under its PRIME RETAIL mark.

15.     Prime Retail is the owner of the domain name <primeretail.com>.

16.     Notwithstanding Prime Retail's longstanding prior rights in and to its PRIME RETAIL service mark, and well-after March 20, 2001, Prime Retail's Federal Trademark Registration date, Defendant adopted and began using the name and mark PRIME RETAIL, INC. in connection with commercial real estate services, including the lease and sale of retail properties ("Defendant's Services") (hereafter, references to "PRIME RETAIL, INC." shall refer to use as a trade name and trademark, whether referred to as "name" or "mark").

17.     Defendant's Services are in direct competition with the Prime Retail Services.

18.     Defendant's use of the name PRIME RETAIL, INC. is nearly identical to and confusingly similar to Prime Retail's PRIME RETAIL service mark in sound, appearance and meaning.

19.     Defendant's use of the name PRIME RETAIL, INC. trades off the goodwill of Prime Retail's service marks and is without permission or license from Prime Retail.

20.     Defendant advertises its services in commerce, including on the Internet found at the domain name <www.primeretailinc.com> (the "Domain Name"), using the name PRIME RETAIL, INC., which is nearly identical to and confusingly similar to Prime Retail's PRIME RETAIL service mark. Both parties utilize the same channels of trade.

21.     Upon information and belief, Defendant registered the Domain Name on December 3, 2004, long after Prime Retail commenced use of the PRIME RETAIL mark in the United States and after Prime Retail acquired the Registration.

22.     Prime Retail has made a good faith effort to resolve this matter amicably.  On April 4, 2007, Prime Retail's attorneys requested that Defendant cease and desist from using the PRIME RETAIL, INC. mark.  In this letter, Prime Retail's attorneys stated that it was their desire to "settle this matter amicably" and offered Defendant a three-month phase-out period of the infringing PRIME RETAIL, INC. mark.  A copy of the April 4, 2007 letter is attached hereto as Exhibit 2.

23.     Defendant's counsel responded on May 1, 2007 and requested evidence of use of the PRIME RETAIL mark by Prime Retail.  A copy of the May 1, 2007 letter is attached hereto as Exhibit 3.  On May 22, 2007, Prime Retail's counsel provided Defendant's counsel with the requested documentation.  A copy of the May 22, 2007 letter is attached hereto as Exhibit 4.

24.     On July 3, 2007, Prime Retail's counsel and Defendant's counsel had a telephone conversation in which Defendant's counsel stated that he "did not care" about Prime Retail's incontestable federal trademark registration.  Defendant's counsel also forwarded a letter dated May 31, 2007 to Prime Retail's counsel.  A copy of this letter is attached hereto as Exhibit 5.  On July 20, 2007, Prime Retail's counsel sent another letter to Defendant's counsel, providing additional documentation of Prime Retail's extensive use of its PRIME RETAIL service mark, and once again demanding that Defendant cease and desist from its use of the infringing mark.  A copy of the July 20, 2007 letter is attached hereto as Exhibit 6.

25.     On July 27, 2007, Prime Retail's counsel once again contacted Defendant's counsel to obtain confirmation that Defendant would cease use of the infringing mark.  Defendant's counsel advised Prime Retail's counsel that he would confer with Defendant's principal and contact Prime Retail's counsel with a response.

26.     On August 7, 2007, Prime Retail's counsel sent email correspondence to Defendant's counsel to seek final resolution of the matter.  Defendant's counsel refused to

1    confirm that Defendant would cease its infringing use of the PRIME RETAIL, INC. mark.

2    Therefore, this action was commenced.

3        27.    Upon information and belief, Defendant uses, intends to use, and continues to use

4    the PRIME RETAIL, INC. mark without Prime Retail's authorization, thereby confusing

5    consumers as to the source of the services and resulting in damage and detriment to Prime Retail

6    and its reputation and goodwill.

7                            **FIRST CLAIM FOR RELIEF**
                **Infringement of Federally Registered Trademark**
8                    **(15 U.S.C. § 1114 and Lanham Act § 32)**

9        28.    Prime Retail repeats and realleges paragraphs 1 through 27 as if fully stated herein.

10       29.    The use by Defendant of the PRIME RETAIL, INC. mark in connection with

11   Defendant's Services is likely to cause confusion, mistake, or deception of consumers as to the

12   source of origin or sponsorship of the services, in violation of the Lanham Act, including but not

13   limited to 15 U.S.C. § 1114.

14       30.    Consumers are likely to purchase or engage Defendant's services being offered

15   under the PRIME RETAIL, INC. mark believing them to be those of Prime Retail, thereby

16   resulting in a loss of goodwill and economic harm to Prime Retail.

17       31.    Prime Retail is informed and believes and on that basis alleges that Defendant has

18   derived unlawful gains and profits from its infringement of the PRIME RETAIL mark.

19       32.    The goodwill of Prime Retail's business under the PRIME RETAIL mark is of

20   great value, and Prime Retail will suffer irreparable harm should Defendant's infringement be

21   allowed to continue to the detriment of Prime Retail's trade reputation and goodwill for which

22   damage Prime Retail cannot be adequately compensated at law.

23       33.    Prime Retail has no control over the quality of the services offered by Defendant.

24   Thus, the value of Prime Retail's mark is subject to damage and dilution by an entity and

25   individuals it cannot control.

26       34.    Unless enjoined by this Court from so doing, Defendant will continue to engage in

27   its acts of infringement, to the irreparable damage and injury of Prime Retail.

28

DLA PIPER US LLP
  SAN FRANCISCO

SANF1\377155.1                          -6-

                                                              COMPLAINT

35.    Upon information and belief, Defendant has engaged in acts of infringement, with knowledge of Prime Retail's exclusive rights to the PRIME RETAIL mark in connection with Prime Retail's service, and Defendant continues in such acts of intentional infringement, thus entitling Prime Retail to an award of treble its actual damages, Defendant's profits, plus attorneys' fees and costs in bringing and maintaining this action, pursuant to § 35(b) of the Lanham Act, 15 U.S.C. § 1117(b).

## SECOND CLAIM FOR RELIEF
### Federal Unfair Competition and False Designation of Origin and False and Misleading Representations
### (15 U.S.C. § 1125(a) and Lanham Act § 43(a))

36.    Prime Retail repeats and realleges paragraphs 1 through 35 as if fully stated herein.

37.    Defendant's use of the PRIME RETAIL, INC. mark constitutes unfair competition and a false designation of origin or false or misleading description or representation of fact, which is likely to deceive customers and prospective customers into believing that Defendant's services are those of Prime Retail, in violation of § 43(a) of the Lanham Act.

38.    Defendant's actions are likely to cause confusion or mistake among the public as to the true origin and sponsorship of Defendant's Services, and to confuse the public into believing that Defendant's Services have the approval of Prime Retail, or are otherwise affiliated, connected, associated with or sponsored by Prime Retail, in violation of § 43(a) of the Lanham Act.

39.    Prime Retail has no control over the nature and quality of Defendant's Services. Any failure, neglect or default by Defendant in providing services will reflect adversely on Prime Retail.

40.    Prime Retail is informed and believes and on that basis alleges that Defendant has derived unlawful gains and profits from its infringement of the PRIME RETAIL mark.

41.    The goodwill of Prime Retail's business under the PRIME RETAIL mark is of great value, and Prime Retail will suffer irreparable harm should Defendant's acts of unfair competition, and false representation and designations, be allowed to continue, to the detriment of

Prime Retail's trade reputation and goodwill for which damage Prime Retail cannot be adequately compensated at law.

42.     Prime Retail has no control over the quality of the services offered by Defendant. Thus, the value of Prime Retail's mark is subject to damage and dilution by an entity and individuals it cannot control.  Unless enjoined by this Court from so doing, Defendant will continue to engage in its acts of unfair competition, false representation and designation, to the irreparable damage and injury of Prime Retail.

43.     On information and belief, from the outset, Defendant has engaged in acts of unfair competition, false representation and designation, with knowledge of Prime Retail's exclusive rights to the PRIME RETAIL mark in connection with Prime Retail Services, and Defendant continues in such acts of unfair competition, intentional false representation and designation, thus entitling Prime Retail to an award of treble its actual damages, Defendant's profits, plus attorneys' fees and costs in bringing and maintaining this action, pursuant to § 35(b) of the Lanham Act, 15 U.S.C. § 1117(b).

### THIRD CLAIM FOR RELIEF
**State Statutory Unfair Competition**
**(Cal. Bus. & Prof. Code § 17200)**

44.     Prime Retail repeats and realleges paragraphs 1 through 43 as if fully stated herein.

45.     Defendant's use of the PRIME RETAIL, INC. mark constitutes state unfair competition in violation of Cal. Bus. & Prof. Code § 17200, as such acts are likely to deceive customers and prospective customers into believing that Defendant's Services are those of Prime Retail.

46.     Defendant's actions are likely to cause confusion or mistake among the public as to the true origin and sponsorship of Defendant's Services and to confuse the public into believing that Defendant's Services have the approval of Prime Retail and/or that those services have been passed off as those of Prime Retail in violation of Cal. Bus. & Prof. Code § 17200.

47.     Prime Retail has no control over the nature and quality of Defendant's Services. Customers, believing Prime Retail to be the source of such services, are likely to blame Prime Retail for any failure, neglect or default of Defendant in providing quality services, hampering

efforts by Prime Retail to continue to protect its outstanding reputation for Prime Retail Services. Defendant's wrongful conduct is likely to deceive the consuming public and to result in a loss of sales for Prime Retail, all to the irreparable harm of Prime Retail and the public.

48.    Unless enjoined by this Court from so doing, Defendant will continue its conduct of passing off and engaging in acts of unfair competition, to the irreparable damage and injury of Prime Retail.

49.    Prime Retail is informed and believes and on that basis alleges that Defendant has derived unlawful gains and profits from its acts of unfair competition, as alleged above, and has caused loss, injury and damage to Prime Retail, its goodwill and its PRIME RETAIL mark, in an amount as yet unknown but to be proven at trial.

## FOURTH CLAIM FOR RELIEF
### Trademark Infringement and Unfair Competition
### Under California State Common Law

50.    Prime Retail repeats and realleges paragraphs 1 through 49 as if fully stated herein.

51.    Prime Retail owns and enjoys common law rights in California and elsewhere in the United States in and to the PRIME RETAIL mark for the Prime Retail Services.

52.    Defendant has traded upon and misappropriated the reputation and valuable goodwill of Prime Retail's PRIME RETAIL mark in California and acted in a manner that has created and will continue to create a likelihood of confusion and mistake as to the source of Defendant's Services.  Defendant's acts are likely to lead the public to believe mistakenly that Defendant's Services are in some way associated with, or sponsored by Prime Retail, to the detriment of Prime Retail.  Defendant's activities constitute unfair competition, misappropriation of Prime Retail's goodwill, and palming off.

53.    Unless enjoined by this Court from so doing, Defendant will continue its conduct of passing off and engaging in acts of infringement and unfair competition, to the irreparable damage and injury of Prime Retail.

54.    Prime Retail is informed and believes and on that basis alleges that Defendant has derived unlawful gains and profits from its unlawful acts, as alleged above, and has caused loss,

injury and damage to Prime Retail, its goodwill and its PRIME RETAIL mark, in an amount as yet unknown but to be proven at trial.

### FIFTH CLAIM FOR RELIEF
#### Statutory State Trademark Dilution
#### (Cal. Bus. & Prof. Code § 14330)

55.    Prime Retail repeats and realleges paragraphs 1 through 54 as if fully stated herein.

56.    Prime Retail owns and enjoys federally registered, state and common law trademark rights in California and elsewhere in the United States in and to the PRIME RETAIL mark for the Prime Retail Services. Such mark is distinctive and widely recognized in the United States generally, and California specifically.

57.    Defendant's conduct including its use of the PRIME RETAIL mark dilutes, blurs and tarnishes the distinctive quality of Prime Retail's PRIME RETAIL mark, causing a likelihood of injury to Prime Retail's business reputation and dilution of its mark under California Business and Professions Code § 14330.

58.    Unless enjoined by this Court from so doing, Defendant will continue its conduct of infringement, dilution, passing off and engaging in acts of unfair competition, to the irreparable damage and injury to the business reputation of Prime Retail and the effectiveness of Prime Retails rights in and to its mark PRIME RETAIL.

### SIXTH CLAIM FOR RELIEF
#### Accounting

59.    Prime Retail repeats and realleges paragraphs 1 through 58 as if fully stated herein.

60.    Prime Retail is entitled, pursuant to 15 U.S.C. § 1117, to recover any and all profits of Defendant that are attributable to the acts of infringement.

61.    Prime Retail is entitled, pursuant to 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendant's acts of infringements.

62.    The amount of money due from Defendant to Prime Retail is unknown to Prime Retail and cannot be ascertained without a detailed accounting by Defendant of the precise revenues received under the mark.

## ALLEGATION OF DAMAGE COMMON TO ALL CLAIMS FOR RELIEF

63.    Prime Retail repeats and realleges paragraphs 1 through 62 as if fully stated herein.

64.    Prime Retail has suffered, is suffering and will continue to suffer irreparable harm and damage as a result of Defendant's wrongful conduct. Defendant will, unless restrained and enjoined, continue to act in the unlawful manner complained of herein, all to the irreparable damage of Prime Retail's business and reputation. Prime Retail's remedy at law is not adequate to compensate it for the injuries suffered and threatened.

65.    By reason of Defendant's wrongful acts, Prime Retail has suffered substantial monetary damages which are continuing.

## PRAYER FOR RELIEF

WHEREFORE, Prime Retail respectfully requests judgment against the Defendant as follows:

(1)    That the Court enter a judgment against Defendant as indicated below:

(a)    that Defendant has willfully infringed Prime Retail's federally registered trademark rights under 15 U.S.C. § 1114 in its PRIME RETAIL mark, U.S. Federal Trademark Reg. No. 2436383;

(b)    that Defendant has committed and is committing acts of false designation of origin, false or misleading description of fact, or false or misleading representation in violation of Prime Retail's rights under 15 U.S.C. § 1125(a);

(c)    that Defendant has infringed and diluted Prime Retail's trademark rights in violation of California statutory and common law; and

(d)    that Defendant has engaged in unfair competition in violation of California statutory and common law.

(2)    That the Court issue preliminary and permanent injunctive relief against Defendant, and that Defendant, its officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendant, be enjoined and restrained from:

1     (a) imitating, copying, or making any other infringing use of Prime Retail's

2  registered trademark PRIME RETAIL and any other mark now or hereafter confusingly similar to

3  the PRIME RETAIL trademark;

4     (b) manufacturing, assembling, producing, distributing, offering for

5  distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying

6  any simulation, reproduction, counterfeit, copy, or colorable imitation of the trademark PRIME

7  RETAIL or any mark confusingly similar thereto;

8     (c) using any false designation of origin or false description or statement

9  which can or is likely to lead the trade or public or individuals, erroneously to believe that any

10  good or service has been provided, produced, distributed, offered for distribution, circulation,

11  sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved,

12  or authorized by or for Prime Retail, when such is not true in fact;

13     (d) using the PRIME RETAIL mark, name, logos, or other variations thereof,

14  in any of Defendant's trade or corporate names;

15     (e) engaging in any other activity constituting an infringement of the PRIME

16  RETAIL mark , or of Prime Retail's rights in, or right to use or to exploit the mark; and

17     (f) assisting, aiding, or abetting any other person or business entity in

18  engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

19     (3) That Defendant be required to publish notice to all customers or members of the

20  trade who may have seen, or heard of Defendant's use of the PRIME RETAIL, INC. mark,

21  which notice shall disclaim any connection with Prime Retail and shall advise them of the Court's

22  injunction order and of Defendant's discontinuance from all use of the PRIME RETAIL, INC.

23  mark

24     (4) That Defendant be ordered to pay the costs of corrective advertising;

25     (5) That the Court enter an order requiring Defendant to turn over to Prime Retail its

26  profits obtained from its provision of Services under the mark PRIME RETAIL INC., or

27  declaring that Defendant hold in trust, as constructive trustees for the benefit of Prime Retail, its

28  profits obtained from its provision of Services under the mark PRIME RETAIL INC.;

DLA PIPER US LLP
SAN FRANCISCO

SANFI\377155.1

-12-

COMPLAINT

(6)     That the Court enter an order requiring Defendant to provide Prime Retail a full and complete accounting of all amounts due and owing to Prime Retail as a result of Defendant's illegal activities;

(7)     That the Court order Defendant to pay Prime Retail's general, special, and actual, damages as follows:

(a)     Prime Retail's damages and Defendant's profits pursuant to 15 U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b) for Defendant's willful violation of Prime Retail's registered trademark; and

(b)     Prime Retail's damages and Defendant's profits pursuant to California statutory and common law;

(8)     That the Court order Defendant to pay to Prime Retail both the costs of this action and the reasonable attorneys' fees incurred by it in prosecuting this action;

(9)     That the Court order Defendant to cease using and to transfer the registration of the Domain Name <primeretailinc.com> to Prime Retail; and

(10)    That the Court grant to Prime Retail such other and additional relief as is just and proper.

DLA PIPER US LLP

Dated: August 22, 2007          By _____

Eugene Pak
Attorney for Plaintiff
PRIME RETAIL, L.P.

1

## DEMAND FOR JURY TRIAL

2

Pursuant to Rule 38(a) of the Federal Rules of Civil Procedure, Plaintiff demands a trial

3

by jury of all issues properly triable of right by a jury.

4

5

Dated: August 22, 2007

DLA PIPER US LLP

6

7

By: _Eugene Pak_

8

Eugene M. Pak
Attorneys for Plaintiff
PRIME RETAIL, L.P.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN FRANCISCO

SANF1\377155.1

-14-

COMPLAINT

JS44 - CAND (Rev. 11/04)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
PRIME RETAIL, L.P., a Delaware Limited Partnership

**DEFENDANTS**
PRIME RETAIL, INC., a California corporation

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Eugene M. Pak (SBN 168699)
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Phone: 415.836.2500

ATTORNEYS (IF KNOWN)

C07 04342 MJJ

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only) AND ONE BOX FOR DE FENDANT

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury -Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | **PERSONAL PROPERTY** | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [x] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | | [ ] 490 Cable/Satellite TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl | [ ] 555 Prison Condition | | | [ ] 890 Other Statutory Actions |
| | [ ] 446 Amer w/ disab - Other | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Trademark Infringement (15 U.S.C. § 1114); Unfair Competition; False Designation of Origin (15 U.S.C. § 1125(a)) ; State Statutory Unfair Competition (Cal. Bus. & Prof. Code § 17200); State Common Law Trademark Infringement and Unfair Competition; State Statutory Dilution (Cal Bus. & Prof. Code § 14330); Accounting.

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ TBD and injunction
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY) [ ] SAN FRANCISCO/OAKLAND [x] SAN JOSE

DATE
August 22, 2007

SIGNATURE OF ATTORNEY OF RECORD
Eugene M. Pak

**EXHIBIT 1**

Int. Cls.: 35, 36 and 37

Prior U.S. Cls.: 100, 101, 102, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,436,383
Registered Mar. 20, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## PRIME RETAIL

PRIME RETAIL, L.P. (DELAWARE LIMITED PARTNERSHIP)
100 EAST PRATT STREET
BALTIMORE, MD 21202

FOR: RETAIL OUTLETS FEATURING GENERAL CONSUMER GOODS; BUSINESS MANAGEMENT IN THE FIELD OF SHOPPING CENTERS AND RETAIL SHOPPING OUTLETS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-22-1994; IN COMMERCE 3-22-1994.

FOR: SHOPPING CENTER SERVICES; REAL ESTATE MANAGEMENT IN THE FIELD OF SHOPPING CENTERS AND RETAIL SHOPPING OUTLETS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-22-1994; IN COMMERCE 3-22-1994.

FOR: REAL ESTATE DEVELOPMENT IN THE FIELD OF SHOPPING CENTERS AND RETAIL SHOPPING OUTLETS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 3-22-1994; IN COMMERCE 3-22-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RETAIL", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "PRIME".

SER. NO. 75-732,650, FILED 6-17-1999.

DANIEL CAPSHAW, EXAMINING ATTORNEY

# EXHIBIT 2


**DLA PIPER**

DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
T 202.861.3900
F 202.223.2085
W www.dlapiper.com


THOMAS E. ZUTIC
Thomas.Zutic@dlapiper.com
T  202.861.3824


April 4, 2007

*VIA EXPRESS MAIL AND FACSIMILE*

Ms. Dixie Devine
Prime Retail, Inc.
The Pruneyard Shopping Center
1875 S. Bascom Avenue, Suite 2420
Campbell, CA 95008

Re.  Use of PRIME RETAIL
Our Ref: 24519-36

Dear Ms. Devine:

Our firm is counsel to Prime Retail, L.P. ("Prime Retail") with respect to intellectual property matters.  Prime Retail is a leader in the field of real-estate development and retail shopping center management.  Prime Retail is the owner of numerous trademark applications and registrations for various "PRIME RETAIL" marks around the world, including U.S. Registration No. 2,436,383.

It has recently come to our attention that you are operating an entity under the name of Prime Retail, Inc. that is focused on "commercial real estate services for owners and investors in the lease and sale! of retail properties."  Naturally, we are concerned that your use of the infringing mark PRIME RETAIL is likely to cause confusion in the marketplace.

In light of the above, your organization's use of the infringing mark PRIME RETAIL may constitute trademark infringement, unfair competition, and dilution under the Lanham Act, and applicable state laws and anti-dilution statutes.  This use could subject your organization to substantial liability to our client, which could include profits resulting from use of the infringing mark, as well as permanent injunctive relief. Moreover, having been put on notice of our client's prior rights in its PRIME RETAIL mark, any such future use of the PRIME RETAIL mark would be considered to constitute intentional infringement, and could subject your organization to liability for treble damages, as well as our client's costs and attorneys' fees in bringing a lawsuit to rectify the situation.

Accordingly, Prime Retail requests that you voluntarily take immediate steps to cease any and all use of the PRIME RETAIL mark, and any designations confusingly similar thereto including, but not limited to, the Domain Name <www.primeretailinc.com>.  Please be advised that it is our desire to settle this matter amicably, therefore, our client will be willing to consider a three (3) month phase-out of your use of the PRIME RETAIL mark.

 **DLA PIPER**

Ms. Dixie Devine
Prime Retail, Inc.
April 4, 2007
Page 2

If we do not receive express written confirmation of your compliance with the above within fourteen (14) business days of your receipt of this letter, we will advise our client accordingly as to its further options with respect to this matter.

This letter shall in no way limit the rights and remedies available to our client, which are hereby expressly reserved.

Very truly yours,

DLA Piper US LLP

Ann K. Ford
Thomas E. Zutic

# EXHIBIT 3

Law Offices of

# SCHNECK & SCHNECK

Thomas Schneck
David M. Schneck
Gina McCarthy
Nissa M. Strottman
Patrick T. King

P.O. BOX 2-E
SAN JOSE, CALIFORNIA 95109-0005

80 S. Market Street
Third Floor
San Jose, California 95113-2303

Email: webmail@patentvalley.com

Telephone:   (408) 297-9733

Facsimile:   (408) 297-9748

Patents and Trademarks

May 1, 2007

Thomas E. Zutic, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412

Re:  PRIME RETAIL Name and Mark
Your ref:  24519-36

Dear Mr. Zutic:

This letter is in further response to your letter dated April 4, 2007 asserting an infringing use of a PRIME RETAIL federal service mark registration by our client's name Prime Retail, Inc.  We have started an investigation to find use of PRIME RETAIL by your client.  We have also asked for your assistance in this regard.  Quite frankly, we have been unable to confirm actual service mark use in commerce of PRIME RETAIL.  For example, the domain of your client primeretail.com features PR1ME OUTLETS as the name and mark.  We have received no assistance from your office in our search for current use in advertising of PRIME RETAIL.

Even in the specimens recently filed with the PTO in a Section 8 declaration, the only mark is "PR1ME" with the number 1 in a shaded circle and the word "RETAIL" in a half-size font below "PR1ME".  This special form of the mark is not what was registered.  As you are well aware, a Google search will show that the words "prime retail" are generic in marketing retail space.  Claiming exclusive rights on company name uses of the words PRIME RETAIL is inconsistent with uses of the mark by your own client and is inconsistent with the scope of the registration under federal trademark law insofar as we have seen.

Page Two


        We appreciate your offer to resolve this matter
amicably.  We also would like to resolve the matter amicably, but
until we see service mark use in commerce of PRIME RETAIL in
advertising, we cannot advise our client to take any action
except to avoid use of the word PR1ME in the same manner that
your client is using it.  We would agree that the special form of
PR1ME is distinctive but it is not what you are asserting.  Our
investigation is continuing.


                        Very truly yours,



                        Thomas Schneck

TS:mpg

# EXHIBIT 4



DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
T 202.861.3900
F 202.223.2085
W www.dlapiper.com

THOMAS E. ZUTIC
Thomas.Zutic@dlapiper.com
T  202.861.3824

May 22, 2007

***VIA EXPRESS MAIL AND FACSIMILE***

Thomas Schneck, Esq.
Schneck & Schneck
P.O. Box 2-E
San Jose, CA  95109-0005

Re:  Use of PRIME RETAIL
<u>Our Ref: 24519-36</u>

Dear Mr. Schneck:

We are in receipt of your letter of April 16, 2007 regarding the above-referenced matter.  Per your request, we are providing you with some examples of our client's use of its PRIME RETAIL trademark. Additionally, I refer you to our client's website located at <**www.primeretail.com**>.  In the meantime, I look forward to receiving your substantive response to our letter of April 4, 2007.

Very truly yours,

DLA Piper US LLP

Ann K. Ford
Thomas E. Zutic

# PR1ME
## RETAIL

*The* *of passionate shopping*



# UNDER NEW OWNERSHIP

April Fools'? OK, we didn't really add the Pyramids to our portfolio.
But when you look at our growth plans for 2002 — Livermore Valley, Ontario,
Watsonville, Puerta Rico — can April be far behind?

## PR⬤ME
RETAIL

Call 410-234-0751 for opportunities.

Are you on board?

P R <span>O</span> M E
R E T A I L

Make your connection.
Call 410.234.0782 or visit us in Vegas.

ORLANDO  LIVERMORE VALLEY  PUERTO RICO  WILLIAMSBURG  ORLANDO  LIVERMORE VALLEY  PUERTO RICO  WILLIAMSBURG







# EXHIBIT 5

Law Offices of

## SCHNECK & SCHNECK

Thomas Schneck
David M. Schneck
Gina McCarthy
Patrick T. King

P.O. BOX 2-E
SAN JOSE, CALIFORNIA 95109-0005

80 S. Market Street
Third Floor
San Jose, California 95113-2303

Email: webmail@patentvalley.com

Patents and Trademarks

Telephone:   (408) 297-9733

Facsimile:   (408) 297-9748

*Resend 7/3/07*
*(202) 223-7085*

May 31, 2007

Thomas E. Zutic, Esq.
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

          Re:  PRIME RETAIL Name and Mark
               Your ref.: 24519-36

Dear Mr. Zutic:

          This letter is in response to your letter dated May 22,
2007. We examined the folder with four pages that you sent and
do not see evidence of use of PRIME RETAIL as a mark in advertis-
ing for the services that you are claiming. There is no informa-
tion that the alleged advertising has ever been published or
distributed. We see no evidence of use of PRIME RETAIL in adver-
tising on the website www.primeretail.com.

          In our examination of your client's service mark file,
as well as your correspondence, we detect an assertion that your
client's use in commerce of PRIME and PRIME OUTLETS entitles it
to registration of PRIME RETAIL. We see no real evidence of use
of PRIME RETAIL in commerce. The Section 2(f) declaration sub-
mitted with an amendment to your client's original service mark
application is highly questionable in view of the attorney argu-
ments that were submitted with the declaration. The Section 8
declaration submitted a few months ago is equally questionable.

          It seems that PRIME RETAIL is used as your client's
company name and not as a service mark. Company names are not
entitled to registration unless the name is used as a mark. We
see no such use. Here in California, our client is the first
user of Prime Retail as a company name. We see that your client
only recently qualified to do business in California. From a
company name standpoint, our client has superior rights based
upon an earlier charter from the California Secretary of State.

Page Two


        We did not approach your client asserting our client's
superior company name rights in California.  Our client has been
peacefully using its company name in local commerce without any
injury to, or competition with, your client.

        We cannot advise our client to change its company name
based upon any evidence that we have seen.  We are taking no
further action in this matter.

                            Very truly yours,

                            Thomas Schneck

TS:sw

cc: D. Ferrari, Esq.
    D. Divine

**EXHIBIT 6**



DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC  20036-2430
www.dlapiper.com

Thomas E. Zutic
Thomas.Zutic@dlapiper.com
*direct*  202.861.3824

July 20, 2007                                                    OUR FILE NO.  24519-36
*VIA COURIER AND FACSMILE (408-297-9733)*

Mr. Thomas Schneck
Law Offices of Schneck & Schneck
80 S. Market Street
Third Floor
San Jose, California 95113-2303

Re:     U.S. Trademark Infringement of PRIME RETAIL Trade Name and Mark

Dear Mr. Schneck:

We are writing further to the above-referenced matter.  As discussed in our letter of April 4, 2007, Prime Retail, L.P. ("Prime Retail") is a leader in the field of real-estate development and retail shopping center management, and as you have already been alerted, Prime Retail owns numerous trademarks and service marks, including its incontestable Federal Registration No. 2,436,383 for PRIME RETAIL.

Please note that, contrary to the incorrect assertion contained in your letter of May 31, 2007, trademarks, service marks, and trade names are afforded protection under trademark and unfair competition laws, specifically protection against appropriation of the same.  Further, Prime Retail has been using the PRIME RETAIL mark and name since at least as early as March 22, 1994.  We have provided you with additional examples of our client's widespread use of its PRIME RETAIL mark.  Thus, there is no doubt that a term which is used as both a trade name and a trademark/service mark can be registered on the Principal Register and the PRIME RETAIL mark has been appropriately used and federally registered.

In spite of Prime Retails' exclusive and long-standing rights in the PRIME RETAIL mark and name, and despite its previous attempts to amicably resolve this matter, you have advised us that your client will continue to use its infringing PRIME RETAIL mark and name in association with its commercial real estate services.  Please be advised that such blatant disregard of Prime Retail's intellectual property rights will undoubtedly be considered willful infringement, subjecting your client to significant liability, including treble damages and our client's costs and attorneys' fees for bringing a lawsuit to rectify this situation.  These damages are in addition to other substantial liability that your client may be subjected to, such as profits resulting from use of the infringing name and mark and permanent injunctive relief.

Therefore, in light of the above, we demand that your client take immediate steps to cease any and all use of the PRIME RETAIL mark, or any designation confusingly similar thereto.  We require your confirmation of the foregoing no later than seven days from your receipt of this letter.  Please note that our client will not hesitate to pursue its legal options, as deemed necessary, in order to resolve this matter.



July 20, 2007
Mr. Thomas Schneck
Page Two


This letter is made without prejudice to any other rights or remedies that may be available to Prime Retail. Nothing contained herein should be deemed a waiver, admission, or license by Prime Retail, and Prime Retail expressly reserves the right to assert any other factual or legal positions as additional facts come to light or as the circumstances warrant.

Very Truly Yours,

DLA Piper US LLP

Ann K. Ford
Thomas E. Zutic

The Baltimore-based owner of 29 outlet shopping centers is spending $100 million to improve appearance of its centers, lure new tenants and expand properties.



ANDRÉ F. CHUNG : SUN STAFF

In a conference room at Prime Retail Inc.'s Baltimore headquarters, President Bob Brvenik is surrounded by leasing plans for the company's outlet shopping centers. "It's the new Prime Retail," he says. "It's a new company. It's a new attitude."

# 'Makeover' by Prime Retail

By ANDREA K. WALKER
SUN STAFF

Bob Brvenik was in Detroit for business a year ago when he approached a group of women and asked if they shopped at the nearby outlet mall.

"I haven't been there in a while," replied one woman, unaware that she was talking to the president of Prime Retail Inc., the owner of 29 outlet shopping centers, including the one in question. "It hasn't changed much in five years. When was the last time they painted it?"

The conversation confirmed what Brvenik and his team of executives knew — that years of financial problems under previous owners had taken their toll on many of Prime Retail's shopping centers.

But now the Baltimore-based company is promising

## Prime Retail outlet locations

Maryland    Wis.    Mich.    Mass.
Wash.    Ill.    Ind.    Ohio    Pa.    Md.
Mo.    Tenn.    N.C.
Calif.    Miss.    Ga.    S.C.
Texas    Fla.

⬥ Puerto Rico

* Maryland locations: Hagerstown and Queenstown

Source: www.primeoutlets.com

SUN STAFF

year, Prime Retail will have spent $100 million sprucing up the exterior of its centers, luring new tenants and expanding some of its properties. An "extreme makeover," it calls the change.

"It's the new Prime Retail," Brvenik said. "It's a new com-

As part of the transformation, the company recently began an overhaul of its Queenstown outlet center, a popular stop for beach-goers, that will include a conversion of its 1980s stuccolike façade to a contemporary brick, stone and glass finish. The

expected to expand by 80,000 square feet to 302,000 square feet.

The renovations are part of a broader plan to change the image of Prime Retail, which a couple of years ago was on the brink of financial disaster after expanding too quickly.

The New Jersey-based Lightstone Group LLC bailed out Prime Retail in 2003, acquiring the company in a $638 million deal, including assuming $523 million of the outlet center owner's debt. Under the agreement, the publicly traded Prime Retail became privately held. Most important, analysts said, the company got access to capital to help rehabilitate its malls and improve its financial footing.

Most of the centers were in good locations, which helped the company through its difficulties, said Stan Eichelbaum, president of Marketing Developments Inc., a re-

ICSC
Las Vegas Convention
2006













The Prime Retail Leasing Team cordially invites you to join us for a special evening of cocktails and hors d' oeuvres.

**70 MILLION SHOPPERS VISIT 29 OUTLET CENTERS ANNUALLY**

# PRIME RETAIL IS HOTTER THAN EVER IN '05

Attention Shoppers: Prime Retail is hotter than ever! Over 70 million shoppers visit Prime Retail's 29 outlet centers annually, and it's no wonder, they offer over 400 brand name stores, including big-name, national retailers like BCBG, COACH, Ferragamo, GUESS?, Neiman Marcus, Pancaldi 1888 and Polo Ralph Lauren among others.

"We are constantly thinking about how to make our shoppers' entire experience, from the moment they arrive until the moment they leave, as enjoyable as possible," said Bob Brvenik, president of Prime Retail.

"We want our visitors to get the most fun and excitement out of their trips as possible, which is why we've upgraded our website to help guests to plan ahead. In addition, Prime Retail is investing more than $35 million across its portfolio to renovate, expand, and upgrade its outlet centers. We're giving our centers a new look, injecting them with energy, and bringing in some of the most sought-after national and international retailers, all of which is helping to attract even more visitors to our centers!"

With tourists needs in mind, Prime Retail has made their website, primeretail.com, more travel friendly by adding travel tips, special center-specific details and offers, and a contact person who will help guests plan their trips down to the last detail.

In addition, by contacting Prime Retail's Corporate Tourism Department in advance of a scheduled tour, visitors can receive coupon books, brochures, information on hotels and nearby attractions and area maps, as well as sign up for meet-and-greet services.

"A number of our Prime Outlets have 'pak 'n ships,' which allows vacationers to 'shop and ship,' and not have to worry about lugging around their packages during their travels," said Anna Platte, director of corporate tourism for Prime Retail. "We anticipate all of our centers having 'pak 'n ship' facilities throughout the holiday season in order to accommodate the holiday shopping demand from tourists visiting our centers."

**RECENT BIG NEWS**

Some recent Prime Retail news to highlight:

• <u>Prime Outlets—San Marcos, TX:</u> As part of its $25 million, 160,000-square-foot extreme makeover that is well underway, Prime Outlets—San Marcos is adding over 30 new luxury brand retailers to its offerings, including the recently opened Pancaldi 1888 and Yves Delorme.

The highly anticipated San Marcos expansion will be modeled after the famous Piazza San Marco in Venice, Italy. Design elements incorporated to produce the look and feel of Piazza San Marco include a replica 137-foot tall tower, unique facades and water features, among others.

This architectural design is fitting,

considering the expansion will feature some of the most pre-eminent Italian luxury brand stores including Salvatore Ferragamo and others. A grand opening celebration is scheduled for November.

• <u>Prime Outlets—Huntley, IL:</u> The center's $8 million renovation of over 67,000 square feet of space will welcome such high-end national retailers as Ann Taylor Factory Store, Anne Klein Outlet Store, Banana Republic Factory Store, BCBG/Max Azria, Calvin Klein, Guess? Factory Store, Maternity Works, Liz Claiborne Outlet, Tommy Hilfiger and Pancaldi 1888 into the retail mix.

• <u>Prime Outlets—Queenstown, MD:</u> A multi-million dollar face-lift is underway at Prime Outlets—Queenstown to provide guests with an even more incredible shopping experience. The center is also planning an 80,000-square-foot expansion, which is scheduled to commence later this fall. The planned renovations at Prime Outlets—Queenstown include a new façade shape, color, signage, and several new storefronts. The expansion will add a 12,000-square-foot building to the Liz Claiborne Outlet and a 58,000-square-foot structure in the middle of Outlet Center Drive—providing opportunities for additional specialty and brand-name retailers to expand the center's offerings.

• <u>Orlando Belz Outlets Acquisition, FL:</u> The Lightstone Group, one of the largest private owners of retail property in the country, announced the acquisition of two outlet centers located 12 miles down the road from Disney World in Orlando, Florida: the 200,000-square-foot Belz Designer Outlet Center and the 700,000-square-foot Belz Factory Outlet World for an estimated $180 million. The seller in this transaction was Estein & Associates USA Ltd. of Orlando.

David Lichtenstein, chairman and principal of The Lightstone Group, commented, "They didn't believe me when I told them I was going to Disney World....We couldn't be happier with our Orlando investment in the Belz Factory Outlets. This is



*Prime Outlet's Huntley, IL, center recently underwent an $8 million renovation of over 67,000 square feet of space.*





*The Pottery Barn outlet in San Marcos, Tx., reflects the architecture of the area.*

one of the real retail gems in the country."

The Lightstone Group plans to upgrade the centers, including significant architectural renovations and the addition of new national brand names, as well as food establishments. The Lightstone Group's subsidiary Prime Retail, will operate and manage the property. The company now owns properties in 25 states across the country and in Puerto Rico.

Both outlet centers are centrally located in one of the fastest growing metropolitan areas in the United States, with a population of more than 1.6 million.

Bob Brvenik, president of Prime Retail, said, "We are delighted to announce this acquisition and to be continuing to acquire premiere retail properties across the nation. Belz Outlet Centers has the key ingredients in place to be a tremendous success: A great reputation, a prime location down the road from the country's favorite family destination, receiving nearly 43 million visitors annually; and some of the most sought after names in the retail industry. Once we give the centers our 'Prime' touch, they will be the hottest place to shop in the state of Florida!"

Belz Designer Outlet Center, featuring 45 designer outlets including Kenneth Cole, Bose, GUESS, DKNY, OFF 5TH-Saks Fifth Avenue Outlet, Polo Ralph Lauren Factory Store and Ann Taylor Factory Store, is located in the heart of the International Drive and Universal Studios tourist area.

A block away is Belz Factory Outlet World, the largest non-anchored retail center of its kind in the country, featuring over 170 brand name stores, including Foot Locker, The Gap Outlet, Mikasa Factory Outlet, Liz Claiborne, Nautica and Van Heusen Factory Store. Belz Factory Outlet World is made up of two fully enclosed malls and four annexes and fronts Interstate 4 and the Florida Turnpike—the state's busiest intersection with 80,000 cars passing daily.

**ABOUT PRIME RETAIL**

Headquartered in Baltimore, Maryland, Prime Retail is one of the largest and most successful owners of retail centers in the U.S. Its portfolio spans approximately 13 million square feet throughout major markets of the United States and Puerto Rico. Prime Retail has embarked on a multi-million dollar re-investment and re-branding initiative and is recognized as one of the leading retail outlet companies in the industry. For more information please visit primeretail.com.

Want to Shop Across America? See pages 55-57 for a listing of all of Prime's Outlet Centers!

# Outlet Hot Spots

**• Kittery and Freeport, Maine**
These are two names that have become synonymous with outlet shopping. The Freeport outlets, located just north of Portland, offer over 50 discount stores, plus an additional 70+ retail stores nestled in a quaint coastal town decorated with charming inns and some of the best seafood dining in New England. A little further South, down the coast, there's Kittery, boasting 120 brand name stores, ranging from the Kittery Outdoor Trading Post to some of the finest names in china and jewelry. (www.freeportusa.com, www.thekitteryoutlets.com)

**• Pigeon Forge and Sevierville, Tennessee**
Perhaps an even greater attraction than that of its surrounding Smoky Mountains, Pigeon Forge and neighboring Sevierville's outlet malls draw millions of tourists annually and put it on the map as one of the premier outlet shopping destinations. Not only does it offer nearly 200 brand name stores, but also blocks of unique shops leading into the cozy cottage town of Gatlinburg, an ideal place for group retreats. (www.mypigeonforge.com)

**• Foley, AL and Destin, Florida**
If you're beach bound, stop in this coastal town, situated halfway between Mobile and Destin. With savings up to 70%, this is the perfect stop for beach-goers to find their summer duds, or to shop ahead for winter wardrobes. The Silver Sand Factory Outlet of Destin is one of the largest designer outlet centers in the country. With a great mix of stores, from high-fashion to kid's wear to home furnishings, and a location just minutes from Fort Walton Beach, this is a shopper's paradise. (www.tangeroutlet.com, www.silversandoutlet.com)

**• Branson, Missouri**
With three different outlet malls, the Branson outlet shopping experience is all about variety. Choose from 200+ stores in this haven for tourists, and when you're done, enjoy some live entertainment, visit one of Branson's many museums, or treat yourself to a gourmet meal. (www.tangeroutlet.com, www.explorebranson.com)

**• Las Vegas, Nevada**
While shopping the Vegas strip can be a truly unique experience, there are also several discount options that will be a little easier on your budget. There are two Las Vegas Outlet Centers, located on the northern and southern ends of the strip, with a combined total of almost 300 stores. In addition, there is a fashion factory outlet about 30 minutes south of the strip, with over 100 top designers, including promotional-friendly Neiman Marcus. If you've had enough of the hustle of Sin City, these sinful savings are just around the corner. (www.fashionoutletlasvegas.com)

P R I M E

# Shop Your Way Across America

The dream group tour for some of us would be an empty trailor behind the mini-bus, unlimited ceilings on our plastic credit, and a dozen of our best friends embarking on a shopping spree across this great nation of ours.

To help your dream come true, here's a listing of select Prime Outlet discount and mall mecca's in the continental U. S.

## Anderson, California
Anderson is located off of I-5, which is the main thoroughfare connecting Canada to Mexico by way of California; each day more than 50,000 cars pass the mall. Serving as the only outlet center within a more than two-hour radius: Polo Ralph Lauren Factory Store, Gap Outlet, Mikasa Factory Store, and Pendleton Outlet are favorite stores among the guests.

## Birch Run, Michigan
With a more than $8 million renovation to Prime Outlets - Birch Run, which was completed in 2005, is home to the Midwest's largest outlet center. Michigan's only Pottery Barn Furniture Outlet, Banana Republic Factory Store, Coach, Polo Ralph Lauren Factory Store, BCBG Max Azria, Ann Taylor Factory Store, and Calvin Klein are among the 170 stores. Almost half of the six million shoppers come from the Detroit-metro area, while the center draws 15 percent of its traffic from Canadians who shop many of the great stores that cannot be found in their country.

## Burlington, Washington
Burlington is nestled between Seattle and Vancouver and is situated on I-5, the only north-south route between the two cities. More than 60,000 cars pass the center each day, as Canadians and Americans travel between the two metropolitan areas. It is the first shopping destination for Canadians, as well as many Asian travelers coming into the United States by way of Vancouver, and with the strength of the foreign currencies, international tourists comprise more than 35 percent of the center's visits. In addition, regular shoppers frequent Prime Outlets - Burlington, as it is part of the Burlington Mount Vernon retail corridor, serving as the only shopping district in the entire Skagit Valley and San Juan Island regions, and is located in Skagit County, the fastest growing county in the state.

## Calhoun, Georgia
Calhoun is conveniently located between Atlanta and Chattanooga, two of the largest metropolitan cities in the southeast of the United States. The center sits between I-75 and GA-73, and more than 60,000 cars pass the center each day, which is home to outlet stores such as Old Navy Outlet, Nike Factory Store, and J.Crew. Besides great shopping, visitors take advantage of many of the tourist attractions including Carter's Lake, Georgia's Best Kept Secret; the famous Civil War grounds of the Battle of Resaca; and the Tennessee Aquarium, the largest fresh water aquarium in the U.S.

## Ellenton, Florida
Location, location, location. Prime Outlets - Ellenton is nestled between Tampa and Sarasota, two of the fastest growing areas in the United States, with more than 3.7 million people living in the seven-county area immediately surrounding the center. In addition, 7 million tourists visit the region each year. The result of the population growth has had an immediate and positive effect on stores at Prime Outlets - Ellenton including Izod, which has the highest sales per square foot in its entire company, and Learning Express, which had the highest sales volume for new stores that opened in 2004.

## Florida City, Florida
Florida City is 40 minutes from Miami, 40 minutes from the Florida Keys, and 5 minutes from Homestead. These areas are experiencing an economic boom and population growth, and as a result, Florida City is primed to become one of the fastest growing suburbs of Miami in the coming years. Hosting more than 9 million visits each year, shoppers often cite the convenience of Prime Outlets - Florida City, which is located off of US-1 and the Florida Turnpike, and the great stores such as Nike Factory

Store, Gap Outlet, and Nine West Outlet as top reasons to come to the center.

## Fremont, Indiana
Fremont, which opened in 1985, has the unique distinction of being the first outlet center in Indiana. Perfectly situated on I-80, I-90, and I-69, more than 43,000 cars pass the center each day, which is one of Indiana's fastest growing corridors. Fremont is part of the resort area of Indiana where there are year-round activities and attractions such as the 101 lakes and the popular Pokagon State Park. The antique capital of Michigan just minutes away, serves as a complement to a shopping trip to the center which houses stores such as Polo Ralph Lauren Factory Store, Gap Outlet, Tommy Hilfiger, Coach, and Nautica Factory Store.

## Gaffney, South Carolina
Situated in the foothills of the Carolinas just 45 minutes southwest of Charlotte and 40 minutes north of Greenville, Prime Outlets - Gaffney is located on I-85, where 48,000 cars pass by the center each day. Guests of Prime Outlets - Gaffney enjoy shopping at stores such as Banana Republic Factory Store, Coach, Gap Outlet, Polo Ralph Lauren Factory Store, Pottery Barn Furniture Outlet and Tommy Hilfiger.

## Gulfport, Mississippi
Gulfport is located in one of the fastest growing and most popular areas in the Gulf Coast region. A favorite destination with golf lovers with its 22 courses, Jack Nicklaus, Arnold Palmer, and Tom Fazio are among the famous who have designed courses in the area. Additional recreation for tourists include charter boat fishing, water sports and plenty of beach activities, as the 26-mile, longest man-made beach is a popular attraction, and Las Vegas-style gambling at the 15 casinos. The result of the economic activity has resulted in 12 million annual visits to the area, as well as 20,000 hotel rooms to support the guests. More than 62,000 cars pass Prime Outlets - Gulfport each day, which is home to merchants

*(continued on next page)*



# Shop Your Way Across America

*(continued from previous page)*

including Banana Republic Factory Store, Fossil Company Store, Polo Ralph Lauren Factory Store, and The Children's Place Outlet.

## Grove City, Pennsylvania

Prime Outlets – Grove City, located just 50 miles north of Pittsburgh and 75 miles from Erie, has been ranked as a Top 20 Outlet Center by Value Retail News for eight consecutive years. Situated at the cross-roads of America between I-79 and Route 208, the center receives 4.7 million annual visits, hosts 900 motor coaches each year, and has access to more than 8 million people within a 100-mile radius. Serving as the definitive outlet shopping destination in Western Pennsylvania with guests do not pay sales tax on most clothing and footwear items, Prime Outlets – Grove City is home to more than 140 stores including the first Official NFL Pittsburgh Steelers Store.

## Huntley, Illinois

The year 2005 will be remembered by Prime Outlets – Huntley shoppers as the year of the EXTREME MAKEOVER! The center has undergone an $8 million renovation with 10 new stores including perennial favorites such as Ann Taylor Factory Store, Tommy Hilfiger, Banana Republic Factory Store, GUESS? Factory Store, and BCBG Max Azria. Located just 50 miles west of Chicago, which is the third largest city in the United States and largest city in Illinois; 40 miles east of Rockford, the second largest city in Illinois; and in Huntley itself, the fastest growing city in the state; the center draws customers from the 9.8 million people within a 60-mile radius of the shopping center.

## Jeffersonville, Ohio

Prime Outlets – Jeffersonville offers shoppers a diverse merchant mix including Polo Ralph Lauren Factory Store, Tommy Hilfiger, Ann Taylor Factory Store, Banana Republic Factory Store, and Pottery Barn Furniture Outlet serving as Ohio's largest outlet center and ranking among the top 10 centers for sales performance in the Prime Retail portfolio. The center is strategically located in the middle of a triangle formed by Columbus, Cincinnati, and Dayton.

## Lebanon, Tennessee

Located in the heart of Tennessee, Prime Outlets – Lebanon is just 25 miles outside of Nashville. Wilson County is the second fastest growing county in the state with the second highest average income per capita, resulting in popularity with merchants such as Coach, Polo Ralph Lauren Factory Store, Gap Outlet, and Nautica Factory Store at Prime Outlets – Lebanon. In 2005, the first Ann Taylor Factory Outlet store in Tennessee will join this ever-growing list of impressive stores. The center is situated in an area rich in history and fun attractions including the Nashville Super Speedway, which attracts more than 500,000 race fans each year; and the Grand Ole Opry, which attracts more than 624,000 visits each.

## Lee, Massachusetts

Prime Outlets – Lee is located off of the Massachusetts Turnpike and is less than an hour from Albany, NY; Springfield, MA; and Hartford, CT; and just two hours from Boston. Prime Outlets – Lee is the only outlet center in Western Massachusetts, offering additional savings with its tax-free apparel and yielding more than two million visits each year. In 2005, new stores joining the already impressive merchant list of Polo Ralph Lauren Factory Store, Coach, American Eagle Outfitters Outlet Co., and Tommy Hilfiger include Pacific Sunwear, Hang Ten, and Calvin Klein Underwear.

## Lodi, Ohio

Home to the largest outlet center in Northeast Ohio, Prime Outlets – Lodi is filled with favorite merchants such as Polo Ralph Lauren Factory Store, Liz Claiborne Outlet, Gap Outlet, Tommy Hilfiger, and the only VF Outlet in the entire state, it is the No. 1 tourist attraction in the area, with more than one million annual visits. The center is also closely located to top destinations such as the Rock and Roll Hall of Fame and the Pro-Football Hall of Fame which collectively draw 681,153 visits each year.

## Morrisville, North Carolina

Prime Outlets – Morrisville is located between Raleigh and Durham in the heart of the region known as the Triangle. With more than 125,000 cars passing the center each day on I-40 and Airport Boulevard, 8.6 million airport passengers going through neighboring RDU International Airport each year, and 11 hotels within walking distance featuring 2,100 rooms, this outlet has a built-in traffic base within the community. Prime Outlets – Morrisville is the only outlet center in the Triangle, and as an enclosed shopping center, guests can shop their favorite stores such as Off

5th Saks Fifth Avenue Outlet, Nine West Outlet, and Geoffrey Beene come rain or shine.

## Naples, Florida

Prime Outlets – Naples is located in one of the fastest growing regions in the United States. Shoppers love finding values at perennial favorites such as Liz Claiborne Outlet, Coach, Izod, and Jones New York Company Store.

## Orlando, Florida

Purchased in May 2005, Prime Outlets – Orlando is the most recent addition to the Prime Retail portfolio. Located on I-4 and Kirkman Road, more than 80,000 cars pass through this intersection each day as families visiting Orlando go to neighboring Universal Studios, just 2 miles away, and Walt Disney World, just 12 miles away. With more than 900,000 square feet of retail, Prime Outlets – Orlando will undergo an EXTREME MAKEOVER!, beginning in 2005. This multi-million dollar renovation and expansion will bring together the best fashion and luxury merchants, offering value-oriented prices.

## Oshkosh, Wisconsin

Prime Outlets – Oshkosh enjoys the great distinction of having the only American Girl Outlet store in the entire country. Joining the success of the Polo Ralph Lauren Factory Store, Tommy Hilfiger, Liz Claiborne Outlet and the only VF Outlet in Wisconsin are six new stores including Pendleton Outlet, Maurices and The Children's Place Outlet. The center is located 30 minutes from Fond du Lac and Appleton, and 60 minutes from Green Bay.

## Pismo Beach, California

Prime Outlets – Pismo Beach is located along the famous California Highway 101 and is easily accessible to both the north and southbound tourists between San Francisco and Los Angeles. This ocean-side resort town is known for its art galleries, wineries, Hearst Castle, and movie settings including "Sideways," the big 2005 hit.

## Queenstown, Maryland

Prime Outlets – Queenstown is undergoing an EXTREME MAKEOVER! The $25 million dollar renovation and 77,000 square foot expansion will be complete in May 2006, with new tenants such as Gap Outlet, Tommy Hilfiger, and Banana Republic Factory Store launching the center's transformation in Fall 2005. The stores will join an already successful line-up of tenants such as Wilsons Leather, its No. 1 store in

PRIME

OUTLET SHOPPING    57

sales in the entire company; St. John Company store, which performs at $1,100 per foot; and Brooks Brothers Factory Store. It is conveniently located at the Route 50/301 split, 10 miles east of the Chesapeake Bay Bridge.

**Tracy, California**
Prime Outlets – Tracy is the No. 1 tourist attraction in the San Joaquin Valley, nestled between San Francisco and Sacramento and serving as the gateway to Yosemite National Park. Gap Outlet, Mikasa Factory Store, Osh Kosh B'Gosh, Vans Shoes, and Rue 21 Company Store rank among the top ten stores for sales volume in their respective companies.

**Chattanooga, Tennessee**
This beautiful shopping center combined eight railroad warehouse buildings in downtown Chattanooga and converted them into the first Prime Retail outlet center in 1989. Prime Outlets – Warehouse Row, home to tenants such as Coach, Polo Ralph Lauren Factory Store, Tommy Hilfiger, and Yves Delorme Paris, was voted one of the *top five outlet centers* in the United States by Woman's Day magazine in its prime. Located in the heart of the Chattanooga business district, the center is across the street from the convention center and many hotels, allowing direct access to tourists.

**Williamsburg, Virginia**
In the fall of 2005, it will expand for the sixth time, undergoing an EXTREME MAKEOVER! with new tenants such as Banana Republic Factory Store, an expanded Nike Factory Store, Ann Taylor Factory Outlet, Michael Kors, and Gymboree. Such tenants will join an already impressive merchant mix including Polo Ralph Lauren Factory Store, Dana Buchman, Tahari Factory Store, Bose Factory Store, Movado Company Store, Nike Factory Store, and Brooks Brothers Factory Store. The center fields 52 percent of its traffic from guests who live more than 100 miles away, making the center a true tourist destination.

**Cleveland, Tennessee**
Bradley Square Mall was one of the first five full-price, enclosed shopping centers purchased by The Lightstone Group, and managed by Prime Retail, in September 2004. Located just 30 minutes from Chattanooga, it is the only enclosed shopping mall within 30 miles. The mall is experiencing a re-awakening with Finish Line, Maurices, and Pacific Sunwear opening in spring 2005, joining other national tenants such as American Eagle Outfitters, Bath & Body Works, F.Y.E., and Electronics Boutique.

**Houston, Texas**
Purchased in December 2004, Brazos Mall joins the ever-growing portfolio of full-priced, enclosed shopping centers purchased by The Lightstone Group and managed by Prime Retail. This shopping center is the only mall in Brazoria County, with national tenants such as American Eagle Outfitters, Hot Topic, Victoria's Secret, and The Limited, and draws customers from a 50-mile radius. Located about 45 minutes south of Houston, the area population has grown 26 percent in recent years and the trend is expected to continue.

**Minot, North Dakota**
Purchased in February 2005, Dakota Square Mall joins the ever-growing portfolio of full-priced, enclosed shopping centers purchased by The Lightstone Group and managed by Prime Retail. More than 20 percent of the mall's shoppers come from Canada; they cross the border, just 60 miles from the center, to take advantage of the favorable exchange rate. Dakota Square Mall shoppers now have the option to stay overnight at the Sleep Inn, connected to the mall complete with a waterpark, so they have more time to shop the mall's tenants such as Old Navy, Scheels, and Target.

**Berkeley County, West Virginia**
Martinsburg Mall was one of the first five full-priced, enclosed shopping centers purchased by The Lightstone Group, and managed by Prime Retail, in September 2004. The Mall is an easy commute to and from metro areas such as Baltimore and Washington, D.C. Tenants include Bath & Body Works, Kay Jewelers, and Finish Line. Pacific Sunwear and Bon Worth opened this past spring.

**Rome, Georgia**
Mount Berry Square Mall was one of the first five full-priced, enclosed shopping centers purchased by The Lightstone Group, and managed by Prime Retail, in September 2004. Located equidistance from Atlanta, Birmingham, and Chattanooga, Rome is considered to be the No. 1 Small City in the Southeast and the 12th Most Livable Small City in the United States, according to "The New Rating Guide To Life in America's Small Cities." Tenants in the mall include Aeropostale, Rack Room Shoes American Eagle Outfitters, Bath & Body Works, and Victoria's Secret.

**Mercer County, Pennsylvania**
Shenango Valley Mall was one of the



*L. L. Bean is one of many impressive merchants at the Williamsburg Outlet Center. The spot will undergo an Extreme Makeover this fall.*

first five full-priced, enclosed shopping centers purchased by The Lightstone Group, and managed by Prime Retail, in September 2004. Quaintly located 60 miles from Pittsburgh, Erie; and Cleveland, the mall is located in the heart of Mercer County. Nearby Shenango Valley recently ranked as a Top Ten Golf Area in the United States by Golf Digest. A popular destination with area residents, Shenango Valley Mall offers its guests a tax-free shopping experience, including favorite stores such as American Eagle Outfitters, Pacific Sunwear, C.J. Banks, and Bath & Body Works.

**York, Pennsylvania**
West Manchester Mall, acquired in September 2004, is one of the first five full-priced, enclosed shopping centers purchased by The Lightstone Group, and managed by Prime Retail. Nestled between Lancaster and Gettysburg, 30 miles south of Harrisburg and 60 miles north of Baltimore, this area features big-city amenities and small town charm making it a great place to visit. West Manchester Mall features a national tenant line-up including Wal-Mart Supercenter; Regal 13 Cinemas, the only first-run, stadium seating movie theatre in York; and Hecht's, the only upscale department store in the market. In spring 2005, Pacific Sunwear, Cingular Wireless, and Bon Worth opened new stores in the center; and in 2006, West Manchester Mall will undergo a multi-million dollar expansion bringing an exciting new line-up of stores to the center.

**Pleasant Prairie, Wisconsin**
Prime Outlets – Pleasant Prairie More than 99 percent of Prime Outlets – Pleasant Prairie is leased to an array of favorite tenants, making the center the No. 1 tourist destination in Kenosha County. The center is home to the only St. John's store in the Midwest, and in 2005, Ultra Diamond & Gold had record openings.

PR**O**ME
RETAIL

*The power of passionate shopping*







## PRIME RETAIL

Prime Retail is one of the largest and most successful owners of retail centers in the U.S. Its portfolio spans more than 14.4 million square feet throughout the United States and Puerto Rico. The company ranks among the top retail outlet companies in the industry and is known for creating luxury brand shopping experiences. In 2004, Prime Retail began to diversify and expand its real estate portfolio to include full price, enclosed regional shopping centers. Prime Retail is headquartered in Baltimore, MD.



Privately held company

**36 properties**

Over 125 Million Annual Visits

**$5.4 Billion in sales**



# PR⬤ME RETAIL

## EXECUTIVE MANAGEMENT

**ROBERT A. BRVENIK**
PRESIDENT

**NICHOLAS G. KING**
EXECUTIVE VICE PRESIDENT, ASSET MANAGEMENT

**BRUCE ZALAZNICK**
EXECUTIVE VICE PRESIDENT, REAL ESTATE

**PAULA ROWLAND**
CHIEF MARKETING OFFICER

**KELVIN ANTILL**
EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL

**CHARLES J. ROGERS**
CHIEF FINANCIAL OFFICER

**WILLIAM G. ELLIS**
SENIOR VICE PRESIDENT, OPERATIONS

**PAMELA Z. MEADOWS**
SENIOR VICE PRESIDENT, HUMAN RESOURCES

**SALEM LAHOOD**
SENIOR VICE PRESIDENT, DESIGN & CONSTRUCTION

**W. PAUL REED**
SENIOR VICE PRESIDENT, CONSTRUCTION

**GIANCARLO FILARTIGA**
SENIOR VICE PRESIDENT, DEVELOPMENT



**PR■ME**
RETAIL

## OUR MISSION

Pursue, invest in and grow the power of passionate shopping, which will deliver exceptional financial returns for our investors, by bringing the world's leading brands in designer fashion, accessories, home furnishings and dining together with today's discerning, brand conscious shoppers in sale, exhilarating and entertaining outlet shopping environments where great brands and tremendous value set the tone.

## OUR MERCHANTS

Prime Retail's leasing team is driven to develop the right merchant mix for each location. This approach ensures our merchant sales are maximized by surrounding like brands and giving our guests what they demand.

Our strategic partnership with the Italian Fashion Districts helps Prime Retail offer outstanding brands in style and fashion oriented environments. Collaborating with the Fashion District brand allows us to work side by side with Italian entrepreneurs and managers who have vast experience in the fashion industry.

## OUR PEOPLE

We are building a passionate, knowledgeable and devoted team in a stimulating, challenging and growing environment. Our overall goal is to drive sales and promote company growth.

## OUR PROPERTIES

We are in midst the renovation/expansion of our existing portfolio to improve our shopping experience so our shoppers will travel further, stay longer, and spend more. Through strategic merchandising we are remaining every property to maximize current strengths and capitalize on opportunities that will in turn promote their continued success.



# PR◉ME
R E T A I L

## OUR BRANDS

### CLASSIC AMERICAN BRANDS

Polo Ralph Lauren · Banana Republic · J.Crew · Ann
Taylor · Nautica · Brooks Brothers · Eddie Bauer ·
Kenneth Cole · Liz Claiborne · GAP · Tommy Hilfiger
· Guess? · Nike · Coach · Calvin Klein · Pottery Barn
· Restoration Hardware · Lucky Brand Jeans · Disney
· Skechers · Vans · Michael Kors · Under Armour ·
Tommy Bahama · Perry Ellis · Talbots · Oakley · Anne
Klein · DKNY · Cole Haan · Neiman Marcus Last Call ·
Off 5th Saks Fifth Avenue · Catherine Malandrino ·
Dana Buchman · Bose · Aeropostale · BackSun · Old
Navy · St. John · Kipling · Movado · Crate & Barrel ·
BCBG Max Azria · To The Max · Tahari · Juicy Couture
· Jimmy Z · Kate Spade · American Eagle Outfitters

### PREMIER INTERNATIONAL BRANDS

Gucci · Giorgio Armani · Burberry · Armani Exchange ·
Escada · Salvatore Ferragamo · Ermenegildo Zegna ·
Furla · La Perla · Hugo Boss · Villeroy & Boch · Yves
Delorme · Tumi · Lacoste · Sony



PRIME OUTLETS **BIRCH RUN, MI**

PR⬤ME
R E T A I L



It's All About the Brands!

## CENTER OVERVIEW

*In the Heart of Michigan, serving Detroit, Flint and Saginaw.*

With a more than $8 million renovation completed in 2005, Prime Outlets – Birch Run is home to the Midwest's largest outlet center. Michigan's only Pottery Barn Furniture Outlet, Banana Republic Factory Store, Coach, Polo Ralph Lauren Factory Store, BCBG Max Azria Factory Store, Ann Taylor Factory Store, and Calvin Klein are among the 150 stores. Two-thirds of the center's six million annual shoppers come from outside the 50-mile trade area. Over a quarter of the annual shoppers come from the Detroit Metro area, and with easy interstate access from Detroit and Port Huron Canadians contribute to over a quarter of the Center's annual sales. Located on I-75, more than 53,000 cars pass Prime Outlets - Birch Run each day.

While the Great Lakes State is known for its four seasons of sports such as skiing, hunting, boating and often seeing the ultimate sporting event is the annual Beer Widows' Weekend held in November at Prime Outlets - Birch Run this statewide tradition draws more than 65,000 visitors.



PRIME OUTLETS **BIRCH RUN, MI**








PR**O**ME
RETAIL

PRIME OUTLETS **SAN MARCOS, TX**



No. 3 Among the World's Best Places to Shop!
as seen on ABC's *The View*

## CENTER OVERVIEW

*Midway between Austin and San Antonio at the gateway to the Texas Hill country.*

Prime Outlets – San Marcos is the No. 3 tourist destination in Texas. With more than 6 million annual visitors coming from all over the United States, Mexico, and the world, this center consistently ranks among the top outlet centers for sales performance.

In fall 2005, as part of a $50 million Venetian-style expansion and renovation, luxury tenants such as Neiman Marcus Last Call, Salvatore Ferragamo Company Store, Hugo Boss, Escada, Jimmy Michael Kors and Zegna Outlet joined an already impressive tenant mix at the center. Prime Outlets – San Marcos is already home to the country's largest Pottery Barn Furniture Outlet and many of the center's merchants consistently rank in the top five within their company.





PRIME OUTLETS SAN MARCOS, TX

PR◐ME
RETAIL



PRIME OUTLETS **PLEASANT PRAIRIE, WI**



It's All About the Brands!



## CENTER OVERVIEW

*In Pleasant Prairie, Midway between Chicago and Milwaukee.*

*Prime Outlets – Pleasant Prairie underwent a $26.5 million expansion in 2006, adding 140,000 sq ft of GLA to the project.*

**With 98% occupancy** for the last two years, Prime Outlets – Pleasant Prairie is leased to an array of favorite tenants including Tommy Hilfiger, Banana Republic Factory Store, Nike Factory Store and Gap Outlet. New merchants added during the expansion include United Colors of Benetton, Calvin Klein, Eddie Bauer, Coach, Nautica Factory Store, Old Navy Outlet, Restoration Hardware and Under Armour Factory House.

The center is perfectly situated on I-94 between Milwaukee and Chicago, which is the sixth most traveled stretch of interstate in the United States, with more than 80,000 cars passing the center each day. Also supplementing a large trade area of more than 9.7 million people are 60,000 college students within a 60-mile radius of Prime Outlets – Pleasant Prairie.






# PR▲ME
### RETAIL

## PRIME OUTLETS QUEENSTOWN, MD



It's All About the Brands!

## CENTER OVERVIEW

*Neighbor to Annapolis, Baltimore and Washington D.C. at the Gateway to Maryland's Eastern Shore.*

The fall of 2005 brought much excitement to Prime Outlets – Queenstown, with Banana Republic Factory Store, Gap Outlet and Tommy Hilfiger anchoring a $25 million renovation and expansion adding to an already successful line-up of merchants such as Liz Claiborne Outlet, St. John Company Store and Brooks Brothers Factory Store. An additional 80,000 sq. ft. opened in summer 2006 adding even more reasons to visit this brand packed center. New merchants include Polo Ralph Lauren Factory Store, Eddie Bauer Outlet, Adidas, Coach, Gap Kids / Baby Gap, Chico's, BCBG Max Azria Factory Store, Calvin Klein, Pac Sun and Old Navy Outlet.

More than 80,000 cars pass Prime Outlets – Queenstown each day, as it is conveniently located at the Route 50/301 Split, 10 miles east of the Chesapeake Bay Bridge. The Bay Bridge has more than 30 million cars crossing each year, located just 25 minutes from Annapolis, 60 minutes from Baltimore and Washington, D.C., and en route to Maryland and Delaware beach resorts, the center draws from more than 7 million people within a 60-mile radius of the center.

The Eastern Shore attracts over 24 million tourists annually many of whom vacation at nearby Rehoboth and Ocean City beach resorts. The Chesapeake Bay Bridge, only 10 miles west of Prime Outlets – Queenstown, provides the only access to and from the greater Washington/Baltimore area and supplies the center with a constant flow of shoppers each weekend.

PRIME OUTLETS QUEENSTOWN, MD











# PR**O**ME
RETAIL

PRIME OUTLETS **ORLANDO, FL**



Phase 1 Opening - 2007



## CENTER OVERVIEW

*Central Florida's Largest Outlet Center.*

Purchased by Prime Retail in May 2005, Prime Outlets – Orlando is slated to be a signature property in the Prime Retail portfolio. With more than 900,000 square feet of retail, Prime Outlets – Orlando will undergo a multi-million dollar renovation and expansion which will bring together the best brands with Neiman Marcus Last Call and join the renovated center. Current merchants include favorites such as Polo Ralph Lauren Factory Store, Gap Outlet, Coach, Nike Factory Store, Calvin Klein, Cole Haan, Ann Taylor Factory Store, Tommy Hilfiger, Nautica Factory Store, adidas, Saks Fifth & Good Outlets, Kenneth Cole and Off 5th Saks Fifth Avenue Outlet.

Located on International Drive near the crossroads of Interstate-4 and the Florida Turnpike, more than 256,000 cars pass through these intersections each day as families visiting Orlando go to neighboring Universal Studios (just 2.4 miles away) and Walt Disney World (just 12 miles away). A $622 million highway expansion is planned that will widen Interstate-4 to six lanes due to increased traffic counts.

Orlando ranks second in the U.S. for overall population growth with an expected increase of 23.5 percent from 2004 to 2014. Each week, metro Orlando welcomes $508 million in retail sales and 1,275 new adult residents. In addition to the growing number of residents, Orlando is a destination hotspot attracting nearly 48 million tourists each year who spend $25 billion.





PRIME OUTLETS **ORLANDO, FL**

P R **O** **M** E
R E T A I L







PRIME OUTLETS **ORLANDO, FL**

PR**O**ME
RETAIL

# PR**I**ME RETAIL

## REGIONAL MALL PORTFOLIO



It's All About the Brands!

## OVERVIEW

In 2004, Prime Retail began to diversify and expand its real estate portfolio to include full price, enclosed regional shopping centers.

Since then, Prime Retail has added numerous merchants to the regional mall portfolio including:

Best Buy
Ross Dress for Less
Old Navy
Aeropostale
Barnes & Noble
Starplex Cinemas
Santa Fe Cattle Co.
Bon Worth
FYE
Rack Room Shoes
Lids

Starbucks Coffee
Cold Stone Creamery
Athlete's Foot
Walgreen's
Blue Exchange
Finish Line
Hot Topic
Pac Sun
Kay Jewelers
Journeys
Friedman's Jewelers



PRIME OUTLETS LIVERMORE VALLEY, CA

PR◯ME RETAIL



REGIONAL MALL **PORTFOLIO**

PR◉ME RETAIL

BRAZOS MALL LAKE JACKSON, TX

STARPLEX CINEMAS



REGIONAL MALL **PORTFOLIO**

PR◉ME RETAIL

Coming soon...

BARNES & NOBLE
BOOKSELLERS

DAKOTA SQUARE MALL MINOT, ND

STARBUCKS COFFEE

MACON MALL MACON, GA

OLD NAVY

SHAWNEE MALL SHAWNEE, OK

ROSS DRESS FOR LESS

BRAZOS MALL LAKE JACKSON, TX









PRIME OUTLETS **WILLIAMSBURG, VA**

# PR☉ME RETAIL

## PRIME OUTLETS ELLENTON, FL



It's All About the Brands!

### CENTER OVERVIEW:

*Between Tampa and Sarasota near the Spectacular Gulf Coast Beaches.*

Location, location, location. Prime Outlets - Ellenton is located in the Tampa Bay Region nestled between Tampa and Sarasota, two of the fastest growing areas in the United States, with more than 3.7 million people living in the 4-county area immediately surrounding the center. In addition, 7 million tourists visit the region each year, evident in the six restaurants and two hotels that have recently been built within a half-mile of the center. The area is frequently recognized for its strong quality of life, and *Money Magazine* recently ranked Sarasota as the best small city in the country.

With more than 475,000 square feet of retail, Prime Outlets Ellenton will undergo a multi-million dollar expansion adding 120,000 square feet of retail, with Neiman Marcus Last Call anchoring the expansion. Current merchants include favorites such as Polo Ralph Lauren Factory Store, Gap Outlet, Coach, Nike Factory Store, Calvin Klein, Ann Taylor Factory Store, Tommy Hilfiger, Nautica Factory Store, Off 5th Saks Fifth Avenue, and Banana Republic Factory Store.



# PR☉ME
RETAIL

PRIME OUTLETS **BARCELONETA, PR**



It's All About the Brands!

## CENTER OVERVIEW
*Located on Puerto Rico's Northern Coast*

Prime Outlets — Puerto Rico has developed a strong local following by area residents since the center opened in 2000. The average sales per square foot increased 27% in 2005 and traffic has increased 44% as new attractions and brands such as Calvin Klein, Puma, Ecko and Nautica Factory Store have been added. The center is the only destination on the island with Banana Republic Factory Store and The Children's Place Outlet and this year, BCBG Max Azria will join the growing list of impressive brand name in the center.

Prime Outlets — Puerto Rico is located in Barceloneta, the largest pharmaceutical hub in the world with companies such as Pfizer, Abbott Laboratories, Merck, and Pharmacia Witty facilities in the region. Because of the billions impression these this mall serves as a draw to both tourists and Puerto Rican residents. Daytime lunch traffic has dramatically increased sales for food court merchants as a direct result from the nearby pharmaceutical companies.

PRIME OUTLETS **BARCELONETA, PR**

PR**O**ME
RETAIL








# PR◉ME
### R E T A I L



It's All About the Brands!

## CENTER OVERVIEW

*Minutes from Colonial Williamsburg, centrally located between Richmond and Virginia Beach.*

It is no wonder that Prime Outlets – Williamsburg continues to rank among the top ten outlet centers in the industry based on tenant sales performance since the center opened in 1988. It has experienced 100 percent occupancy and has expanded six times with a seventh expansion scheduled to begin construction in September 2006.

In 2005 and 2006, during the sixth expansion the center added Banana Republic Factory Store, Off Fifth Saks Fifth Avenue, Nike Factory Store, Under Armour Factory House, Ann Taylor Factory Outlet, Michael Kors, Anne Klein Outlet, The Children's Place Outlet, and Gymboree. These tenants joined an already impressive merchant mix including Polo Ralph Lauren Factory Store, Dana Buchman, Bose Factory Store, Movado Company Store, Brooks Brothers Factory Store, Gap Outlet, Cole Haan, Coach and Calvin Klein.

Prime Outlets – Williamsburg is located on Route 60, just off of Interstate 64 in Virginia's top tourism region with more than 27 million people residing within a 60-mile radius. Furthermore, the center reels 48 percent of its traffic from guests who live more than 100 miles away, making the center a true tourist destination.



YOUR STORES ▪ YOUR NEIGHBORS ▪ YOUR PLACE

# Share your thoughts with us!

How frequently do you shop at our mall?

_____ 1x Month    _____ 2x Month    _____ 1x Week    _____ 2x Week+

How much do you typically spend per trip?

_____ 0 - $50    _____ $51 - $75    _____ $76 - $100    _____ $100+

What is the most common reason you shop at our mall?

_____

What is your favorite thing about our mall?

_____

What is the one change you would most like to see made at our mall?

_____

What are your top 3 favorite stores at our mall?

1._____

2._____

3._____

What are the top 3 stores you would like to see at our mall?

1._____

2._____

3._____

How far from the mall do you live?

_____ 0-15 miles    _____ 16-30 miles    _____ 30+ miles

What radio station(s) do you listen to? _____

What newspaper(s) do you read? _____

Name: _____

Address: _____

_____

Telephone Number: ( ) _____ Email Address: _____

*Thank you for taking the time*
*to share your thoughts with us!*
*Please drop this card off at Guest Services.*

**bradley square**
■■ ■■MALL    *a Prime Retail experience*