| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| EUGENE M. PAK, ESQ. (168669)<br>DLA PIPER RUDNICK US LLP<br>153 Townsend Street, Suite 800<br>San Francisco, California 94107 | (415) 659-7000 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2482477 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
PRIME RETAIL, L.P., etc., et al.

Defendant:
PRIME RETAIL, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07 04342 MJJ |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ADR DISPUTE RESOLUTION PROCEDURES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO USDC HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : PRIME RETAIL, INC., a California corporation

By Serving          : **DIXIE DIVINE-President /Agent for Service of Process**

Address             : 1875 S. Bascom Avenue, Suite 2420, Campbell, California 95008
Date & Time         : Wednesday, August 22, 2007 @ 3:40 p.m.
Witness fees were   : Not demanded or paid.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 22, 2007

Signature: *Ronald Marcus*
Ronald Marcus


Printed on recycled paper