IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P.<br>a Delaware Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRIME RETAIL, INC.<br>a California corporation,<br><br>　　　　　Defendants. | Case No. 3:07-CV-4342 MJJ<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (ANN K. FORD)** *PRO HAC VICE* |

Ann K. Ford, an active member in good standing of the bar of The District of Columbia, whose business address and telephone number is: DLA Piper US LLP, 500 Eighth Street, NW, Washington, DC 20004, Telephone: 202-799-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Prime Retail, L.P.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
United States District Court Judge
Martin J. Jenkins