IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIME RETAIL, L.P.
a Delaware Limited Partnership,

            Plaintiff,

    vs.

PRIME RETAIL, INC.
a California corporation,

            Defendants.

Case No. 3:07-CV-4342 MJJ

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY (THOMAS E. ZUTIC)
*PRO HAC VICE*

Thomas E. Zutic, an active member in good standing of the bar of The District of Columbia, whose business address and telephone number is:  DLA Piper US LLP, 500 Eighth Street, NW, Washington, DC 20004, Telephone:  202-799-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Prime Retail, L.P.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated:     10/05/07

United States District Court Judge
Judge Martin J. Jenkins

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (THOMAS E. ZUTIC) *PRO HAC VICE*

SANF1\380826.1