1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  PRIME RETAIL, L.P.                              )     Case No. 3:07-CV-4342 MJJ
   a Delaware Limited Partnership,                 )
10                                                 )
              Plaintiff,                           )     [PROPOSED] ORDER GRANTING
11                                                 )     APPLICATION FOR ADMISSION OF
           vs.                                     )     ATTORNEY (ANN K. FORD)
12                                                 )     *PRO HAC VICE*
   PRIME RETAIL, INC.                              )
13 a California corporation,                       )
                                                   )
14            Defendants.                          )
                                                   )
15                                                 )

16

17         Ann K. Ford, an active member in good standing of the bar of The District of Columbia, whose

18 business address and telephone number is:  DLA Piper US LLP, 500 Eighth Street, NW, Washington,

19 DC 20004, Telephone:  202-799-4000, having applied in the above-entitled action for admission to

20 practice in the Northern District of California on a *pro hac vice* basis, representing Prime Retail, L.P.,

21         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions

22 of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of

23 papers upon and communication with co-counsel designated in the application will constitute notice to

24 the party.

25 Dated:  _____10/05/07_____                              _____

26                                                                United States District Judge
                                                                 Martin J. Jenkins
27

28

Judge Martin J. Jenkins

SANF1\380818.1