IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P.<br>a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME RETAIL, INC.<br>a California corporation,<br><br>Defendants. | Case No. 3:07-CV-4342 MJJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (RYAN C. COMPTON) *PRO HAC VICE* |

Ryan C. Compton, an active member in good standing of the bar of The District of Columbia, whose business address and telephone number is: DLA Piper US LLP, 500 Eighth Street, NW, Washington, DC 20004, Telephone: 202-799-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Prime Retail, L.P.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: 10/05/07

_____
United States Judge
Martin
Judge Martin J. Jenkins