UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prime Retail, L.P.

                 Plaintiff(s),

v.

Prime Retail, Inc.

                 Defendant(s).

CASE NO. 3:07-CV-4342 MJJ

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✔ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✔ Private ADR *(please identify process and provider)* _____

Plaintiff proposed private mediation. Defendant will consider private mediation in the event the parties are unable to agree on a mediator through the court process.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✔ other requested deadline February 15, 2008 _____

Dated: 11-13-07

Dated: 11/12/2007

Attorney for Plaintiff

Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES MAGISTRATE JUDGE