15484
Archie S. Robinson (SB 34789)
Margaret M. Schneck (SB 151695)
Joshua J. Borger (SB 231951)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone:    408/298-7120
Facsimile:    408/298-0477
asr@robinsonwood.com
mms@robinsonwood.com
jjb@robinsonwood.com

Thomas Schneck (SB 52778)
SCHNECK & SCHNECK
P.O. Box 2-E
San Jose, CA 95113
Telephone:    408/297-9733
Facsimile:    408/297-9748
tschneck@patentvalley.com

Attorneys for Defendant and Counterclaimant
PRIME RETAIL, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIME RETAIL, L.P., a Delaware Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PRIME RETAIL, INC., a California corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C07 04342 MJJ<br><br>**DEFENDANT AND COUNTERCLAIMANT PRIME RETAIL, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

1

DEF AND COUNTERCLAIMANT PRIME RETAIL, INC. CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Dixie Divine – As an Officer and President of Defendant and Counterclaimant Prime Retail, Inc., she has a financial interest in a party to this proceeding;

2. Doug Ferrari – As a Partner of Defendant and Counterclaimant Prime Retail, Inc., he has a financial interest in a party to this proceeding.

Dated: November 15, 2007                    ROBINSON & WOOD, INC.

By: /s/
JOSHUA J. BORGER
Attorneys for Defendant and Counterclaimant
PRIME RETAIL, INC., a California corporation

417997.1