1  DLA PIPER US LLP
   EUGENE M. PAK (State Bar No. 168699)
2  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
3  eugene.pak@dlapiper.com
   Phone: 415.836.2500
4  Fax: 415.836.2501

5
   DLA PIPER US LLP
6  ANN K. FORD (admitted pro hac vice)
   THOMAS E. ZUTIC (admitted pro hac vice)
7  RYAN C. COMPTON (admitted pro hac vice)
   1200 Nineteenth Street, NW
8  Washington, DC 20036-2412
   Phone: 202.861.3900
9  Fax: 202.223.2085

10
   Attorneys for Plaintiff and Counter-Defendant
11  PRIME RETAIL, L.P., a Delaware Limited Partnership

12
                  IN THE UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15
16  PRIME RETAIL, L.P.                    )    Case No. 3:07-CV-4342 MJJ
    a Delaware Limited Partnership,       )
17                                        )
              Plaintiff,                  )    PLAINTIFF AND COUNTERDEFENDANT
18                                        )    PRIME RETAIL, L.P.'S CERTIFICATION
         vs.                              )    OF INTERESTED ENTITIES OR
19                                        )    PERSONS
    PRIME RETAIL, INC.                    )
20  a California corporation,             )
                                          )
21            Defendant.                  )
                                          )
22                                        )
                                          )
23                                        )
    _____        )
24                                        )
    AND RELATED COUNTERCLAIM             )
25
26
27
28
                                    - 1 -
PLAINTIFF. AND COUNTERDEFENDANT PRIME RETAIL, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
(CASE NO. 3:07-CV-4342)
SANFI\383921.1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities

3  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or

4  (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected

5  by the outcome of this proceeding:

6        1.      Prime Outlets Acquisition Company, LLC (general partner of Prime Retail, L.P.)

7        2.      Lightstone Prime, LLC (part owner of #1)

8        3.      JT Prime LLC  (part owner of #1)

9        4.      AR Prime Holdings, LLC  (part owner of #1)

10

11
Dated: November 26, 2007              DLA PIPER US LLP
12

13

14                              By:    /s/ Eugene Pak
                                       Eugene M. Pak
15                                     Attorney for Plaintiff and Counter-Defendant
                                       PRIME RETAIL, L.P.
16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -