UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: December 6, 2007

**Case No:** C 07-04342 MJJ

**Case Title**: PRIME RETAIL LP v. PRIME RETAIL, INC.

**Appearances:**

    For Plaintiff(s): Eugene Pak, Jeffrey Hammerling

    For Defendant(s): Margaret Schneck

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Case Management Conference - held

## SUMMARY

- Jury trial set for 01/26/09 @ 8:30 AM; PTC set for 01/20/09 @ 3:30 PM.
- This matter is referred to Mag. Judge Spero for settlement to take place in December 2008.
- This matter is referred to court sponsored mediation instead of private mediation at this time to be held by February 2008.
- Disclosures to be filed by 12/21/07
- Discovery motions will not be heard by this Court unless with prior approval. Parties shall file a 2-page letter should any dispute arise.

cc: KH; WH; ADR