# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Prime Retail LP,<br><br>        Plaintiff(s),<br><br>v.<br><br>Prime Retail Inc,<br><br>        Defendant(s). | 07-04342 MJJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**William N. Hebert**
Calvo & Clark LLP
One Lombard Street
San Francisco, CA 94111
415-374-8370

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04342 MJJ MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: January 11, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-04342 MJJ MED                                    - 2 -