| | |
|---|---|
| 1 | DLA PIPER US LLP |
| 2 | EUGENE M. PAK (State Bar No. 168699)<br>153 Townsend Street, Suite 800 |
| 3 | San Francisco, CA 94107-1957<br>eugene.pak@dlapiper.com |
| 4 | Phone: 415.836.2500<br>Fax: 415.836.2501 |
| 5 | |
| 6 | DLA PIPER US LLP<br>ANN K. FORD *(admitted pro hac vice)* |
| 7 | THOMAS E. ZUTIC *(admitted pro hac vice)*<br>RYAN C. COMPTON *(admitted pro hac vice)* |
| 8 | 1200 Nineteenth Street, NW<br>Washington, DC 20036-2412 |
| 9 | Phone: 202.861.3900<br>Fax: 202.223.2085 |
| 10 | |
| 11 | *Attorneys for Plaintiff and Counter-Defendant*<br>PRIME RETAIL, L.P., a Delaware Limited Partnership |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRIME RETAIL, L.P.<br>a Delaware Limited Partnership, | ) | Case No. C 07-4342 SBA |
| Plaintiff, | ) | **STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE AND MEDIATION DEADLINE; [PROPOSED] ORDER** |
| vs. | ) | |
| PRIME RETAIL, INC.<br>a California corporation, | ) | Date: March 12, 2008<br>Time: 3:00 p.m.<br>Place: Via Telephone<br>Judge: Hon. Saundra Brown Armstrong |
| Defendant. | ) | |
| AND RELATED COUNTERCLAIM | ) | |

Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") hereby make this stipulated request to: i) continue the case management conference currently set for March 12, 2008, for one month, and ii) continue the mediation currently set for March 4, 2008, for one month or as soon thereafter may be scheduled according to the

- 1 -

1  mediator's and parties' schedule.

2  WHEREAS the parties have recently reached a settlement in principle of this matter and are
3  currently finalizing details and terms;

4  WHEREAS the parties need additional time to enter into a written settlement agreement, and
5  wish to extend deadlines in this action as set forth below;

6  Pursuant to Local Rules 6-2 and 16-2(d), the parties hereby enter into this stipulation, and
7  request relief from the Second Amended Case Management Scheduling Order.

8  IT IS HEREBY STIPULATED by and between the parties that the case management conference
9  and mediation are to be re-scheduled as set forth below:

10  <u>April 4, 2008</u> (or as soon thereafter as may be scheduled according to mediator's and parties'
11  schedule) – Last day to complete mediation.

12  <u>April 11, 2008</u> - Case Management Conference via telephone at 3:00 p.m. Plaintiff's counsel to
13  set up the conference call per the Court's February 22, 2008 order.

14  The parties also respectfully request relief from ADR Local Rule 6-5 requiring that requests for
15  extension be filed 15 days before the scheduled mediation. The parties have only recently reached a
16  settlement in principle. A copy of this Stipulated Request is being served upon parties, the mediator
17  (Mr. William N. Hebert of Calvo & Clark), and the Court's ADR Unit.

Respectfully submitted,

Dated: February 28, 2008            DLA PIPER US LLP


By:   /s/ Eugene Pak
      Eugene M. Pak
      Attorney for Plaintiff and Counter-Defendant
      PRIME RETAIL, L.P.

1  Dated: February 28, 2008                    ROBINSON & WOOD

4                                              By:  /s/ Margaret Schneck
                                                    Margaret Schneck
5                                                   Attorney for Defendant and Counter-Plaintiff
                                                    PRIME RETAIL, INC.

7  **IT IS SO ORDERED:**

9  Dated: _____, 2008

11                                             By: _____
                                                   The Honorable Saundra Brown Armstrong
12                                                 United States District Court Judge