DLA PIPER US LLP
EUGENE M. PAK (State Bar No. 168699)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
eugene.pak@dlapiper.com
Phone: 415.836.2500
Fax: 415.836.2501

DLA PIPER US LLP
ANN K. FORD *(admitted pro hac vice)*
THOMAS E. ZUTIC *(admitted pro hac vice)*
RYAN C. COMPTON *(admitted pro hac vice)*
1200 Nineteenth Street, NW
Washington, DC 20036-2412
Phone: 202.861.3900
Fax: 202.223.2085

*Attorneys for Plaintiff and Counter-Defendant*
PRIME RETAIL, L.P., a Delaware Limited Partnership

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P.<br>a Delaware Limited Partnership,<br><br>           Plaintiff,<br><br>    vs.<br><br>PRIME RETAIL, INC.<br>a California corporation,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 07-4342 SBA<br><br>**STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE AND MEDIATION DEADLINE;  ORDER**<br><br>Date:  March 12, 2008<br>Time:  3:00 p.m.<br>Place:  Via Telephone<br>Judge: Hon. Saundra Brown Armstrong |

   Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") hereby make this stipulated request to: i) continue the case management conference currently set for March 12, 2008, for one month, and ii) continue the mediation currently set for March 4, 2008, for one month or as soon thereafter may be scheduled according to the

- 1 -

1  mediator's and parties' schedule.

2  WHEREAS the parties have recently reached a settlement in principle of this matter and are
3  currently finalizing details and terms;

4  WHEREAS the parties need additional time to enter into a written settlement agreement, and
5  wish to extend deadlines in this action as set forth below;

6  Pursuant to Local Rules 6-2 and 16-2(d), the parties hereby enter into this stipulation, and
7  request relief from the Second Amended Case Management Scheduling Order.

8  IT IS HEREBY STIPULATED by and between the parties that the case management conference
9  and mediation are to be re-scheduled as set forth below:

10  <u>April 4, 2008</u> (or as soon thereafter as may be scheduled according to mediator's and parties'
11  schedule) – Last day to complete mediation.

12  <u>April 11, 2008</u> - Case Management Conference via telephone at 3:00 p.m. Plaintiff's counsel to
13  set up the conference call per the Court's February 22, 2008 order.

14  The parties also respectfully request relief from ADR Local Rule 6-5 requiring that requests for
15  extension be filed 15 days before the scheduled mediation. The parties have only recently reached a
16  settlement in principle. A copy of this Stipulated Request is being served upon parties, the mediator
17  (Mr. William N. Hebert of Calvo & Clark), and the Court's ADR Unit.

Respectfully submitted,

Dated: February 28, 2008            DLA PIPER US LLP


                        By:    /s/ Eugene Pak
                            Eugene M. Pak
                            Attorney for Plaintiff and Counter-Defendant
                            PRIME RETAIL, L.P.

- 2 -

Dated: February 28, 2008                    ROBINSON & WOOD

By:  /s/ Margaret Schneck
    Margaret Schneck
    Attorney for Defendant and Counter-Plaintiff
    PRIME RETAIL, INC.

## ORDER

Based on the foregoing stipulation, the case management conference and mediation are re-scheduled as set forth below:

<u>Mediation:  April 4, 2008</u> (or as soon thereafter as may be scheduled according to mediator's and parties' schedule) – Last day to complete mediation.

<u>CMC:  April 10, 2008</u> - Case Management Conference via telephone at 3:30 p.m.  Plaintiff's counsel shall set up the conference call per the Court's February 22, 2008 order [Docket No. 29].

**IT IS SO ORDERED:**

Dated:  March 3, 2008

By: _____
    The Honorable Saundra Brown Armstrong
    United States District Court Judge

- 3 -

**STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE (CASE NO. 3:07-CV-4342)**
SANF1\389237.1