DLA PIPER US LLP
EUGENE M. PAK (State Bar No. 168699)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
eugene.pak@dlapiper.com
Phone: 415.836.2500
Fax: 415.836.2501

DLA PIPER US LLP
ANN K. FORD *(admitted pro hac vice)*
THOMAS E. ZUTIC *(admitted pro hac vice)*
RYAN C. COMPTON *(admitted pro hac vice)*
1200 Nineteenth Street, NW
Washington, DC 20036-2412
Phone: 202.861.3900
Fax: 202.223.2085

*Attorneys for Plaintiff and Counter-Defendant*
PRIME RETAIL, L.P., a Delaware Limited Partnership

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P. a Delaware Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> PRIME RETAIL, INC. a California corporation, <br><br> Defendant. <br><br>_____ <br><br> AND RELATED COUNTERCLAIM | Case No. C 07-4342 SBA <br><br> **SECOND STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE AND MEDIATION DEADLINE; [PROPOSED] ORDER** <br><br> Date: April 11, 2008 <br> Time: 3:00 p.m. <br> Place: Via Telephone <br> Judge: Hon. Saundra Brown Armstrong |

Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") hereby make this second stipulated request to: i) continue the case management conference currently set for April 11, 2008, for approximately one month, and ii) continue the mediation deadline for approximately one month or as soon thereafter may be scheduled according

- 1 -

1 to the mediator's and parties' schedule.

2 WHEREAS the parties have reached a settlement in principle of this matter and a draft written settlement agreement has been exchanged;

4 WHEREAS the parties need additional time to finalize the written settlement agreement, and wish to extend deadlines in this action as set forth below;

6 Pursuant to Local Rules 6-2 and 16-2(d), the parties hereby enter into this stipulation, and request relief from the Second Amended Case Management Scheduling Order.

8 IT IS HEREBY STIPULATED by and between the parties that the case management conference and mediation are to be re-scheduled as set forth below:

10 <u>May 5, 2008</u> (or as soon thereafter as may be scheduled according to mediator's and parties' schedule) – Last day to complete mediation.

12 <u>May 12, 2008</u> - Case Management Conference via telephone at 3:00 p.m. Plaintiff's counsel to set up the conference call per the Court's prior order.

14 The parties also respectfully request relief from ADR Local Rule 6-5 requiring that requests for extension be filed 15 days before the scheduled mediation. A copy of this Stipulated Request is being served upon parties, the mediator (Mr. William N. Hebert of Calvo & Clark), and the Court's ADR Unit.

Respectfully submitted,

Dated: April 1, 2008          DLA PIPER US LLP

                              By:   /s/ Eugene Pak
                                    Eugene M. Pak
                                    Attorney for Plaintiff and Counter-Defendant
                                    PRIME RETAIL, L.P.

Dated: April 1, 2008          ROBINSON & WOOD

                              By:   /s/ Margaret Schneck
                                    Margaret Schneck
                                    Attorney for Defendant and Counter-Plaintiff
                                    PRIME RETAIL, INC.

- 2 -

- 3 -

1  **IT IS SO ORDERED:**

2  Dated: _____, 2008
3
4
                                    By: _____
5                                   The Honorable Saundra Brown Armstrong
                                    United States District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

SECOND STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE
(CASE NO. 3:07-CV-4342)
SANF1\391316.1