1  DLA PIPER US LLP
   EUGENE M. PAK (State Bar No. 168699)
2  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
3  eugene.pak@dlapiper.com
   Phone: 415.836.2500
4  Fax: 415.836.2501

5
   DLA PIPER US LLP
6  ANN K. FORD (admitted pro hac vice)
   THOMAS E. ZUTIC (admitted pro hac vice)
7  RYAN C. COMPTON (admitted pro hac vice)
   1200 Nineteenth Street, NW
8  Washington, DC 20036-2412
   Phone: 202.861.3900
9  Fax: 202.223.2085

10
   Attorneys for Plaintiff and Counter-Defendant
11 PRIME RETAIL, L.P., a Delaware Limited Partnership

12
                IN THE UNITED STATES DISTRICT COURT
13
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15 PRIME RETAIL, L.P.                    )   Case No. C 07-4342 SBA
   a Delaware Limited Partnership,       )
16                                       )   THIRD STIPULATED REQUEST FOR
            Plaintiff,                   )   RELIEF FROM CASE MANAGEMENT
17                                       )   CONFERENCE SCHEDULE AND
        vs.                             )   MEDIATION DEADLINE; [PROPOSED]
18                                       )   ORDER
   PRIME RETAIL, INC.                    )
19 a California corporation,            )   Date:  May 29, 2008
                                        )   Time:  3:00 p.m.
            Defendant.                   )   Place: Via Telephone
20                                       )   Judge: Hon. Saundra Brown Armstrong
21                                       )
                                        )
22 _____   )
                                        )
23 AND RELATED COUNTERCLAIM _____   )

24      Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant

25 Prime Retail, Inc. ("Defendant") hereby make this third stipulated request to:  i) continue the case

26 management conference currently set for May 29 2008, for approximately one month, and ii) continue

27 the mediation deadline for approximately one month or as soon thereafter may be scheduled according

28                                      - 1 -

1   to the mediator's and parties' schedule.

2          WHEREAS the parties have reached a settlement in principle of this matter and have exchanged

3   a draft settlement agreement;

4          WHEREAS the parties need additional time to finalize the written settlement agreement, and

5   wish to extend deadlines in this action as set forth below;

6          Pursuant to Local Rules 6-2 and 16-2(d), the parties hereby enter into this stipulation, and

7   request relief from the Second Amended Case Management Scheduling Order.

8          IT IS HEREBY STIPULATED by and between the parties that the case management conference

9   and mediation are to be re-scheduled as set forth below:

10          June 26, 2008 (or as soon thereafter as may be scheduled according to mediator's and parties'

11   schedule) – Last day to complete mediation.

12          July 3, 2008 -  Case Management Conference via telephone at 3:00 p.m.  Plaintiff's counsel to

13   set up the conference call per the Court's prior order.

14          The parties also respectfully request relief from ADR Local Rule 6-5 requiring that requests for

15   extension be filed 15 days before the scheduled mediation.  A copy of this Stipulated Request is being

16   served upon parties, the mediator (Mr. William N. Hebert of Calvo & Clark), and the Court's ADR Unit.

17   Respectfully submitted,

18   Dated: May 19, 2008                              DLA PIPER US LLP

19

20                                                    By:  ____/s/ Eugene Pak_____
                                                          Eugene M. Pak
21                                                        Attorney for Plaintiff and Counter-Defendant
                                                          PRIME RETAIL, L.P.
22

23   Dated: May 19, 2008                              ROBINSON & WOOD

24

25

26                                                    By:  /s/ Margaret Schneck_____
                                                          Margaret Schneck
27                                                        Attorney for Defendant and Counter-Plaintiff
                                                          PRIME RETAIL, INC.

28                                                    - 2 -

- 3 -

1    **IT IS SO ORDERED:**

2

3    Dated: _____, 2008

4

5    By: _____
     The Honorable Saundra Brown Armstrong
     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE
(CASE NO. 3:07-CV-4342)
WEST\21404298.1

1

## PROOF OF SERVICE BY MAIL

2

3    I am a resident of the State of California, over the age of eighteen years, and not a party to the
within action.  My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San
4    Francisco, California 94107-1957.  On May 19, 2008, I served the foregoing document:

5

**THIRD STIPULATED REQUEST FOR RELIEF FROM CASE
6    MANAGEMENT CONFERENCE SCHEDULE AND MEDIATION
DEADLINE; [PROPOSED] ORDER**

7

8    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s)
set forth below on this date before 5:00 p.m.

9

10   ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at San Francisco, California addressed as
set forth below:

11

12   Margaret M. Schneck
ROBINSON & WOOD, INC.
227 North First Street
13   San Jose, CA 95113

14   *Attorney for Defendant
and Counter-claimant Prime Retail, Inc.*

15

16

17   I am readily familiar with the firm's practice of collection and processing correspondence for
mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with
postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the
18   party served, service is presumed invalid if postal cancellation date or postage meter date is more than
one day after date of deposit for mailing in affidavit.

19

I declare under penalty of perjury under the laws of the State of California that the above is true
20   and correct.

21   Executed on May 19, 2008, at San Francisco, California.

22

23   *Kristen Kern*
Kristen Kern

24

25

26

27

28                              - 4 -

THIRD STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE
(CASE NO. 3:07-CV-4342)
WEST\21404298.1