**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

PRIME RETAIL LP,

        Plaintiff,

  v.

PRIME RETAIL INC,

        Defendant.

No. C 07-04342 SBA

**ORDER**

[Docket No. 35]

IT IS HEREBY ORDERED THAT as the parties are preparing a settlement agreement, the Case Management Conference set for May 29, 2008, at 3:30 p.m., *see* Docket No. 34, is CONTINUED to July 2, 2008, at 3:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

May 20, 2008

                              Saundra Brown Armstrong
                              United States District Judge