**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PRIME RETAIL LP, | No. C 07-04342 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| PRIME RETAIL INC, | [Docket No. 37] |
| Defendant. | |

IT IS HEREBY ORDERED THAT as the parties are preparing a settlement agreement, the Case Management Conference set for July 2, 2008, at 3:45 p.m., *see* Docket No. 36, is CONTINUED to September 3, 2008, at 3:15 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

June 23, 2008

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge