DLA PIPER US LLP
EUGENE M. PAK (State Bar No. 168699)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
eugene.pak@dlapiper.com
Phone: 415.836.2500
Fax: 415.836.2501

DLA PIPER US LLP
ANN K. FORD *(admitted pro hac vice)*
THOMAS E. ZUTIC *(admitted pro hac vice)*
RYAN C. COMPTON *(admitted pro hac vice)*
1200 Nineteenth Street, NW
Washington, DC 20036-2412
Phone: 202.861.3900
Fax: 202.223.2085

*Attorneys for Plaintiff and Counter-Defendant*
PRIME RETAIL, L.P., a Delaware Limited Partnership

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P. a Delaware Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> PRIME RETAIL, INC. a California corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. C 07-4342 SBA <br><br> **FOURTH STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE AND MEDIATION DEADLINE; ORDER** <br><br> Date: July 2, 2008 <br> Time: 3:45 p.m. <br> Place: Via Telephone <br> Judge: Hon. Saundra Brown Armstrong |

Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") hereby make this fourth stipulated request to: i) continue the case management conference currently set for July 2 2008, for approximately two months, and ii) continue the mediation deadline for approximately two months or as soon thereafter may be scheduled according

- 1 -

to the mediator's and parties' schedule.

WHEREAS the parties have reached a settlement in principle of this matter, have exchanged drafts of a settlement agreement, and in the process of finalizing the same;

WHEREAS the parties need additional time to finalize the written settlement agreement, and wish to extend deadlines in this action as set forth below;

Pursuant to Local Rules 6-2 and 16-2(d), the parties hereby enter into this stipulation, and request relief from the Amended Case Management Scheduling Order.

IT IS HEREBY STIPULATED by and between the parties that the case management conference and mediation are to be re-scheduled as set forth below:

<u>August 28, 2008</u> (or as soon thereafter as may be scheduled according to mediator's and parties' schedule) – Last day to complete mediation.

<u>September 3, 2008</u> - Case Management Conference via telephone at 3:15 p.m. Plaintiff's counsel to set up the conference call per the Court's prior order.

The parties also respectfully request relief from ADR Local Rule 6-5 requiring that requests for extension be filed 15 days before the scheduled mediation. A copy of this Stipulated Request is being served upon parties, the mediator (Mr. William N. Hebert of Calvo & Clark), and the Court's ADR Unit.

Respectfully submitted,

Dated: June 17, 2008                         DLA PIPER US LLP


By:    /s/ Eugene Pak
       Eugene M. Pak
       Attorney for Plaintiff and Counter-Defendant
       PRIME RETAIL, L.P.


Dated: June 17, 2008                         ROBINSON & WOOD


By:  /s/ Margaret Schneck
     Margaret Schneck
     Attorney for Defendant and Counter-Plaintiff
     PRIME RETAIL, INC.

- 2 -

**FOURTH STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE (CASE NO. 3:07-CV-4342)**
WEST\21447909.1

1  **IT IS SO ORDERED:**

2  Dated:  __June 23___, 2008
3

4                                                       By: ___/s/ Saundra B. Armstrong___
5                                                       The Honorable Saundra Brown Armstrong
                                                        United States District Court Judge

- 3 -

**FOURTH STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE**
**(CASE NO. 3:07-CV-4342)**
WEST\21447909.1

# PROOF OF SERVICE BY MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957. On June 18, 2008, I served the foregoing document:

**THIRD STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE AND MEDIATION DEADLINE; [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below:

Margaret M. Schneck
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113

*Attorney for Defendant
and Counter-claimant Prime Retail, Inc.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2008, at San Francisco, California.

By:  \_\_\_\_/s/ Kristen Kern_____

- 4 -

**FOURTH STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE (CASE NO. 3:07-CV-4342)**
WEST\21447909.1