DLA PIPER US LLP
EUGENE M. PAK (State Bar No. 168699)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
eugene.pak@dlapiper.com
Phone: 415.836.2500
Fax: 415.836.2501

DLA PIPER US LLP
ANN K. FORD (*admitted pro hac vice*)
THOMAS E. ZUTIC (*admitted pro hac vice*)
RYAN C. COMPTON (*admitted pro hac vice*)
1200 Nineteenth Street, NW
Washington, DC 20036-2412
Phone: 202.861.3900
Fax: 202.223.2085

*Attorneys for Plaintiff and Counter-Defendant*
PRIME RETAIL, L.P., a Delaware Limited Partnership

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P.<br>a Delaware Limited Partnership,<br><br>   Plaintiff,<br><br>  vs.<br><br>PRIME RETAIL, INC.<br>a California corporation,<br><br>   Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIM | Case No. C 07-4342 SBA<br><br>**STIPULATED REQUEST FOR DISMISSAL (FRCP 41) ; [PROPOSED] ORDER** |

WHEREAS Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and

Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") have entered into a written Settlement

Agreement regarding this action, and the parties wish this action be dismissed;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

- 1 -

1  through their undersigned counsel, that:

2          1.      Plaintiff and Defendant hereby dismiss their claims against the other in their

3  entireties without prejudice; and

4          2.      The parties will each pay their respective costs and attorney's fees associated with

5  this action.

6

7  **ACCEPTED AND AGREED TO:**

8  Dated: August 7, 2008          DLA PIPER US LLP

9

10          By:    /s/ Eugene Pak
                   Eugene M. Pak
11                 **Attorney for Plaintiff and Counter-Defendant**
                   **PRIME RETAIL, L.P.**
12

13  Dated: August 7, 2008          ROBINSON & WOOD

14

15          By:    /s/ Margaret Schneck
16                 Margaret Schneck
                   **Attorney for Defendant and Counter-Plaintiff**
17                 **PRIME RETAIL, INC.**

18  **IT IS SO ORDERED:**

19

20  Dated: _____, 2008

21

22          By: _____
                The Honorable Saundra Brown Armstrong
23              United States District Court Judge

24

25

26

27

28
                                          - 2 -