1  DLA PIPER US LLP
   EUGENE M. PAK (State Bar No. 168699)
2  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
3  eugene.pak@dlapiper.com
4  Phone: 415.836.2500
   Fax: 415.836.2501
5
   DLA PIPER US LLP
6  ANN K. FORD *(admitted pro hac vice)*
   THOMAS E. ZUTIC *(admitted pro hac vice)*
7  RYAN C. COMPTON *(admitted pro hac vice)*
8  1200 Nineteenth Street, NW
   Washington, DC 20036-2412
9  Phone: 202.861.3900
   Fax: 202.223.2085
10
   *Attorneys for Plaintiff and Counter-Defendant*
11 PRIME RETAIL, L.P., a Delaware Limited Partnership

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME RETAIL, L.P. a Delaware Limited Partnership,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRIME RETAIL, INC. a California corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 07-4342 SBA<br><br>**STIPULATED REQUEST FOR DISMISSAL (FRCP 41) ; ORDER** |

　　　　WHEREAS Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") have entered into a written Settlement Agreement regarding this action, and the parties wish this action be dismissed;

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

- 1 -

through their undersigned counsel, that:

    1.    Plaintiff and Defendant hereby dismiss their claims against the other in their entireties without prejudice; and

    2.    The parties will each pay their respective costs and attorney's fees associated with this action.

**ACCEPTED AND AGREED TO:**

Dated: August 7, 2008                      DLA PIPER US LLP

By:     /s/ Eugene Pak
     Eugene M. Pak
     Attorney for Plaintiff and Counter-Defendant
     PRIME RETAIL, L.P.

Dated: August 7, 2008                      ROBINSON & WOOD

By:   /s/ Margaret Schneck
     Margaret Schneck
     Attorney for Defendant and Counter-Plaintiff
     PRIME RETAIL, INC.

**IT IS SO ORDERED:**

Dated: 8/11/08

By: *Saundra B Armstrong*
    The Honorable Saundra Brown Armstrong
    United States District Court Judge

- 2 -

**STIPULATED REQUEST FOR DISMISSAL (FRCP 41) ; [PROPOSED] ORDER (CASE NO. C 07-4342)**
WEST\21487331.1