AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following ☐ Patents or ✔ Trademarks:

| DOCKET NO.    SBA<br>CV 07-04342 MJJ | DATE FILED<br>8/22/07 | U.S. DISTRICT COURT, Northern Dist, CA (Oak) |
|---|---|---|
| PLAINTIFF<br>PRIME RETAIL LP | | DEFENDANT<br>PRIME RETAIL, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 see attached Complaint | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

***STIPULATION AND ORDER OF DISMISSAL, Entered on 08/11/08***

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley | DATE 08/12/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

Case 4:07-cv-04342-SBA    Document 43    Filed 08/12/2008    Page 2 of 6

1  DLA PIPER US LLP
   EUGENE M. PAK (State Bar No. 168699)
2  153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
3  eugene.pak@dlapiper.com
4  Phone: 415.836.2500
   Fax: 415.836.2501
5
   DLA PIPER US LLP
6  ANN K. FORD *(admitted pro hac vice)*
7  THOMAS E. ZUTIC *(admitted pro hac vice)*
   RYAN C. COMPTON *(admitted pro hac vice)*
8  1200 Nineteenth Street, NW
   Washington, DC 20036-2412
9  Phone: 202.861.3900
   Fax: 202.223.2085
10
   *Attorneys for Plaintiff and Counter-Defendant*
11 PRIME RETAIL, L.P., a Delaware Limited Partnership

E- FILED

AUG 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#42

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME RETAIL, L.P. a Delaware Limited Partnership, | Case No. C 07-4342 SBA |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL (FRCP 41) ; ORDER** |
| vs. | |
| PRIME RETAIL, INC. a California corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

WHEREAS Plaintiff/Counter Defendant Prime Retail, L.P. ("Plaintiff") and Defendant/Counterclaimant Prime Retail, Inc. ("Defendant") have entered into a written Settlement Agreement regarding this action, and the parties wish this action be dismissed;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

- 1 -
STIPULATED REQUEST FOR DISMISSAL (FRCP 41) ; [PROPOSED] ORDER
(CASE NO. C 07-4342)
WEST\21487331.1

Entered on Civil Docket 8/11/08

1  through their undersigned counsel, that:

2      1.    Plaintiff and Defendant hereby dismiss their claims against the other in their

3  entireties without prejudice; and

4      2.    The parties will each pay their respective costs and attorney's fees associated with

5  this action.

6

7  **ACCEPTED AND AGREED TO:**

8  Dated: August 7, 2008              DLA PIPER US LLP

9

10                                 By:   /s/ Eugene Pak

11                                    Eugene M. Pak
                                   Attorney for Plaintiff and Counter-Defendant
12                                    PRIME RETAIL, L.P.

13 Dated: August 7, 2008              ROBINSON & WOOD

14

15                                 By:   /s/ Margaret Schneck

16                                    Margaret Schneck
                                   Attorney for Defendant and Counter-Plaintiff
17                                    PRIME RETAIL, INC.

18 **IT IS SO ORDERED:**

19

20 Dated: 8/11/08

21                                 By: /s/ Saundra B. Armstrong

22                                    The Honorable Saundra Brown Armstrong
                                   United States District Court Judge
23

24

25

26

27

28

- 2 -

STIPULATED REQUEST FOR DISMISSAL (FRCP 41) ; [PROPOSED] ORDER
(CASE NO. C 07-4342)
WEST\21487331.1

Case 4:07-cv-04342-SBA    Document 43    Filed 08/12/2008    Page 6 of 6